# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

TEKWAY, INC., an Illinois corporation,
4104 Sterling Road
Downers Grove, IL 60515

  Plaintiffs,

     vs.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,
20 Massachusetts Ave NW,
Washington DC 20529

               Defendant.

Case No.: 19-cv-00358-BAH

JUDGE BERYL A. HOWELL

MOTION FOR SUMMARY JUDGMENT

Plaintiff moves the Court for summary judgment under Rule 56 of the Federal Rules of Civil Procedure on its Complaint. Its relies upon Plaintiff's Statement of the Specific Points of Law and Authority in Support of Their Motion For Summary Judgment filed herewith to show that there is no genuine dispute as to any material fact and that it is entitled to judgment as a matter of law.

Respectfully Submitted this 29th day of April, 2019.

/s/ Michael E Piston
Michael E. Piston  (MI 002)
Attorney for the Plaintiff
225 Broadway,
Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email:michaelpiston4@gmail.com

CERTIFICATE OF SERVICE

I certify that the foregoing was served today upon the defendant at its last known address by depositing it with United Parcel Service for next day delivery to:

United States Citizenship and Immigration Services
20 Massachusetts Ave NW
Washington DC 20529

It was also served in the same day and the same manner upon the defendant's presumed counsel:
United States Attorney's Office
c/o Civil Process Clerk
 555 4th St NW, Washington, DC 20530

s/ Michael E. Piston
Michael E. Piston (MI 002)
Attorney for the Plaintiffs
225 Broadway Suite 307
New York, NY 10007
646-845-9895
Dated: April 29, 2019