# University of Maryland University College

*The Graduate School*
*Cybersecurity & Information Assurance Department*

United States Department of Homeland Security
Citizenship & Immigration Services

September 6, 2018

Re: Academic Degree Requirements for the position of Application Support-ITRR for Tekway, Inc. and classification of the position as an Entry-Level USCIS Specialty Occupation, discusison of the academic credentials of Mr. Jagadish Kumar Balusu, and suitability of Mr. Balusu for the position.

To Whom It May Concern:

I have been asked to discuss the professional position of Application Support-ITRR for Tekway, Inc., and the suitability of Mr. Balusu for the position based on his academic credentials.

Regarding my educational background and qualifications, I have received a Bachelor of Science in Finance from Touro College, a Master of Science in Internal Auditing and Management from City University, a Master of Science in Information and Telecommunication Systems for Business from Johns Hopkins University, as well as a Ph.D. in Management, Information Systems and Electronic Commerce from City University. I have over thirty years of work, consulting, and research experience in the field of information systems development, including technology project implementations for Fortune 1000 companies and international corporations. I have also served as Research Assistant Professor of Computer Science at Johns Hopkins University among other appointments. My leadership and technology research has been well supported. My research in information technology, computer science, information systems, cloud computing, data science, and other areas has been supported by grants from the United States Department of Defense, the US-Israel Science and Technology Foundation, and other organizations. My opinions have been accepted as authoritative in numerous instances, including serving as a consultant and/or research collaborator for: Microsoft Corporation, Lucent Technologies, L3 Technologies, TATA Interactive Group, Boeing Corporation, and other leading technology firms, as well as for corporations such as Bank of America and Bank of China, and for the National Security Agency, the Department of Defense, and the Department of Homeland Security. Since 2013, I have served in the role of Senior Technical Auditor at T. Rowe Price, in which I serve an authority on the cybersecurity needs for the company. Additionally, my opinions regarding employment position requirements and industry standards have been accepted by United States Citizen and Immigration Services (USCIS) in hundreds of instances. I have published numerous journal articles, conference proceedings, technical reports, editorials, a book and book chapter as well as presented talks on information security, information technology, and related topics. Also, I have served on the Editorial Boards for several professional journals, as well as on the Program Committees for numerous professional conferences. My current research interests include: advanced software engineering, emerging technologies, business intelligence, cybersecurity, cloud computing and related areas.

Currently, I am a Senior Technical Auditor for T. Rowe Price providing subject matter expertise services in cybersecurity to various departments within the organization. I also serve as a Full Adjunct Professor of Cyber Security at the University of Maryland-University College. I teach the final capstone course involving a unique simulation and modeling component in the Master of Science in Cyber Security Program. In the past, I have taught graduate and undergraduate courses in Internet Applications, Management Information Systems, and related subjects. Our university offers Bachelor's degree programs in different areas of Information Technology as well as a Master of Business Administration (M.B.A.) degree program, the requirements for which I am thoroughly familiar with as a member of the university faculty. I have had the opportunity over the years to become familiar with the qualifications required to attain the position of Application Support-ITRR and similar professional positions, and the specialized and unique needs of the companies that recruit graduates for this position. For these reasons, I am eminently qualified to render the following professional opinion.

## Overview of Application Support-ITRR Position

Established in 2005, Tekway Inc. is an IT services and resources provider that uses internal staff, outside consulting resources, and project outsourcing in order to meet the technology goals of their clients. The company seeks to combine their technology and domain expertise with their focus on business to provide their clients with the best solution for their IT needs. Currently, Tekway, Inc. requires the services of an Application Support-ITRR to perform various specialized duties that will help ensure the company's continued success as it expands.

It is apparent that an Application Support-ITRR with the specific duties listed below would be considered an entry-level professional position and would normally be filled by a graduate with a minimum of a Bachelor's Degree in Computer Science or a related area. The Application Support-ITRR for Tekway, Inc. will be supervised by a Project Manager, Operations and will be responsible for the following duties:

- Participate in the review and definition of functional areas, processes and procedures regarding requirements, organization and flow of data, methods and forms;
- Provide problem resolution;
- Communicate and recommend complex business process, procedures and diverse information to resolve customer issues;
- Provide systems and programming support to functional areas;
- Provide knowledge transfer and support users on installed software;
- Participates in the review and definition of functional areas, processes and procedures regarding requirements, organization and flow of data, methods and forms;
- Configures the application environment with Tomcat server, Maven and Oracle database server;
- Setup security hardening through configuring SSL x509 connection between Application on Tomcat server with Oracle database server;
- Ability to convert business requirements into technical specifications and designs

as well as estimate the amount of effort necessary to complete the tasks;
- Deploying applications and troubleshooting java services on Apache Tomcat Server;
- On call support for Production, Deployment activities, issue tracking on application logs and raising a report to fix it;
- Assists in design/modification of business rules for software;
- Ability to act as the single point of contact in application environment support for all stakeholders;
- Providing support during a release deployment; and
- Proactively monitor and maintain the IT environment and react to unplanned events as they arise.

## Application Support-ITRR Position as a Specialty Occupation

When discussing the minimum degree requirement for a certain employment position, the nature of the specific responsibilities must be closely examined along with the position title to ascertain the true nature of the academic requirements. After examining the responsibilities of the Application Support-ITRR position in detail, it is apparent that a minimum of a Bachelor's Degree in Computer Science or a related area, or the equivalent provides the student with the core competencies and skills needed for a Application Support-ITRR position with the responsibilities listed above. This is because the nature of these specific responsibilities and knowledge is so specialized and complex that knowledge required to perform these duties is usually gained through the attainment of a Bachelor's Degree in this field. A student completing a Bachelor's Degree in Computer Science or a related area studies and obtains knowledge of the various theories and methods that are necessary for performing these daily tasks of a Application Support-ITRR for Tekway, Inc. Courses required by a Computer Science major, such as those in Java Programming, Computer Networks and Data Communications, Object-Oriented Analysis and Design, Introduction to Computer Security, Wireless Networks, Software Project Management, Cryptography and Data Security, Long-Range Wireless Networks, Database Systems, and Web-Database Application Development directly correspond to and prepare the student for the specific responsibilities of the position. The student completing such a degree is also required to demonstrate, through rigorous testing and challenging case studies, knowledge of various theories and methods that are necessary to perform these tasks. Furthermore, this type of position is a typical job placement for students completing a Bachelor's Degree at our school. Employers with openings for Application Support-ITRRs and similar professional positions have recruited at our campus, always seeking graduates with the minimum of a Bachelor's Degree.

In more detail, duties such as providing knowledge transfers and supporting users on installed software could only be performed competently by a candidate with at least a Bachelor's Degree in Computer Science or a related area. In a Web-Database Application Development course taken by a Computer Science major, a student studies core web development concepts including browsers, form validations, databases, APIs, scaling issues, integration with other applications and systems, and more. This knowledge is necessary to participate in the review and definition of functional areas, processes and procedures regarding requirements, organization and flow of data, methods, and forms. Additionally, in a Software Project Management course usually required in a Computer Science degree curriculum, the student receives training in the

principles of software development and management with special emphasis on the processes and activities of product alignment with business requirements. This type of preparation is essential to the Application Support-ITRR position, which requires the ability to communicate and recommend complex business process, procedures, and diverse information to resolve customer issues. Further, the Computer Science student gains the necessary background knowledge in setting up security hardening through configuring SSL x509 connection between Application on Tomcat server with Oracle database server through his/her completion of a Cryptography and Data Security course. Clearly, a candidate must have completed course work and training in Computer Science or a related area at the undergraduate level at a minimum to competently handle the duties required by the Application Support-ITRR position.

In addition, after comparing the responsibilities of this Application Support-ITRR position to existing job categories as defined by the Occupational Outlook Handbook 2017-2018 Edition (OOH) published by the United States Department of Labor/Employment and Training Administration (USDOL/ETA)[1], it is clear that this position should be classified as a "Software Developer" occupation. The OOH classification for Software Developers indicates that individuals in these types of positions are responsible for such duties as analyzing users' needs and then designing, testing, and developing software to meet those needs; recommending software upgrades for customers' existing programs and systems; designing each piece of an application or system and planning how the pieces will work together; creating a variety of models and diagrams (such as flowcharts) that show programmers the software code needed for an application; ensuring that a program continues to function normally through software maintenance and testing; documenting every aspect of an application or system as a reference for future maintenance and upgrades; and collaborating with other computer specialists to create optimum software. Upon comparing the duties performed by the Application Support-ITRR for Tekway, Inc. with the duties generally performed by Software Developers, it is apparent that the Application Support-ITRR's duties are typical of a Software Developer and clearly correspond to the duties listed under the category of Software Developer the OOH. It is noted in OOH that the entry level education for a Software Developer is a Bachelor's Degree, and that most have a Bachelor's Degree in Computer Science, Software Engineering, or a related area.

Similarly, in consulting another respected resource, the O*NET[2] classification for Software Developer, Applications indicates that individuals in these types of positions are responsible for such duties as modifying existing software to correct errors, allow it to adapt to new hardware, or to improve its performance; analyzing user needs and software requirements to determine feasibility of design within time and cost constraints; conferring with systems analysts, engineers, programmers and others to design system and to obtain information on project limitations and capabilities, performance requirements and interfaces; storing, retrieving, and manipulating data for analysis of system capabilities and requirements; designing, developing and modifying software systems, using scientific analysis and mathematical models to predict and measure outcome and consequences of design; developing and directing software system testing and validation procedures; programing, and documentation; supervising the work of programmers, technologists and technicians and other engineering and scientific personnel; determining system performance standards; coordinating software system installation and

---

[1] https://www.bls.gov/ooh/computer-and-information-technology/software-developers.htm
[2] https://www.onetonline.org/link/summary/15-1132.00

monitoring equipment functioning to ensure specifications are met; consulting with customers about software system design and maintenance; and analyzing information to determine, recommend, and plan computer specifications and layouts, and peripheral equipment modifications. Upon reviewing the duties generally performed by Software Developers, Applications according to O*NET, it is apparent the Application Support-ITRR for Tekway, Inc. shares many of the same duties and falls under this occupational category. Additionally, O*NET states that most Software Developer, Applications positions require a four-year Bachelor's Degree, and knowledge and skills in Object or Component-Oriented Development Software, Computers and Electronics, Programming, and related areas.

While the OOH and O*NET statements regarding the entry level education for a Software Developer, Applications appear to leave the possibility open for a minority of Software Developer, Applications positions to require less than a Bachelor's Degree, the Application Support-ITRR at Tekway, Inc. would clearly be among the majority of Software Developer, Applications positions which would absolutely require Bachelor's-level preparation at a minimum. As an IT services and resources provider, Tekway, Inc. has extremely complex and extensive IT needs. For example, its fully integrated applications and systems are responsible for generating much of the company's revenues, and the Application Support-ITRR must design and monitor them. The entire operations of the company depend on the expertise of the Software Developer, Applications to keep systems functional and optimized. As such, Tekway, Inc. is among the employers that cannot afford to hire a candidate without at least a Bachelor's Degree to research and develop its systems. Therefore, Tekway, Inc. would naturally seek out only a Software Developer, Applications for a position such as Application Support-ITRR among the majority of such professionals as described by OOH and O*NET who hold a Bachelor's Degree.

Having reviewed the position in detail, it is my opinion that these duties are specialized and require the theoretical and practical application of a body of highly specialized knowledge. Moreover, the duties as described are that of a Specialty Occupation as I understand the term as defined by the United States Citizenship and Immigration Services, which requires the attainment of a minimum of a Bachelor's Degree in a specific specialty.

## Application Support-ITRR Position as an Entry-Level Occupation

A close analysis of the company structure of Tekway, Inc. and the specific responsibilities of the offered Application Support-ITRR position indicates that this position falls into a distinct category of employment positions that involve both tasks which require Bachelor's Degree preparation as detailed above, while at the same time are properly classified as only entry-level. The specific functions of the Application Support-ITRR involve the application of specialized knowledge obtained during undergraduate study, yet it is important to note that the position requires limited, if any, exercise of judgement. The Application Support-ITRR at this point in his or her career will perform routine technical tasks as specifically instructed by supervisors. The Application Support-ITRR will not exercise any judgement regarding which functional area to use as well as which complex business processes and procedures to apply to the real-world IT solutions required by the company's clients; this advanced role is handled only by higher level professionals in non-entry level positions within the company. For example, only a more experienced Application Support-ITRR, such as the Project Manager, Operations, would

be involved in the critical discretionary decision-making regarding which tasks need to be performed to create the needed result and to achieve the best solution for the client. It is clear that the tasks that the Application Support-ITRR performs are specialized, however these job duties are associated with an entry-level Application Support-ITRR since they are routine tasks that involve following technical specifications, processes, and procedures.

The Application Support-ITRR for Tekway, Inc. is closely supervised by a Project Manager, Operations, on a regular basis to ensure that the specific instructions for required tasks are executed properly. The Application Support-ITRR receives significant level of oversight as required for someone relatively new to the profession; this includes being given specific guidance and instruction for all tasks to be completed. The Application Support-ITRR spends time deploying applications and troubleshooting Java services on the Apache Tomcat Server according to exact guidelines clearly delineated by the Project Manager, Operations. An individual in this senior position establishes application environment configuration and modification steps to be followed by the lower-level Application Support-ITRR. The Project Manager, Operations also trains the Application Support-ITRR in supporting production and deployment as well as issue tracking application logs and raising reports to fix the issues. This is consistent with a typical entry-level role in which the employee is closely monitored and needs to gain further experience before being able to exercise judgment regarding technical specification and design decisions.

It is common for Information Technology (IT) roles such as the Application Support-ITRR for Tekway, Inc. to begin their careers handling more generic IT duties such as providing basic systems and programming support to functional areas, which they can complete without support given their completion of university studies. After an initial period of entry-level work experience, however, an IT role such as the Application Support-ITRR for Tekway, Inc. will have gained valuable, specialized expertise in converting business requirements into technical specifications and designs as well as estimating the amount of effort necessary to complete tasks. Only then can the Application Support-ITRR start to make decisions about determining which complex business process, procedures, and diverse information to use when configuring the solution. The Application Support-ITRR starting out his/her career will usually transition from monitoring and maintaining software systems to designing and modifying business rules for software as he or she progresses from the initial entry-level role.

Further, throughout the course of completing a Bachelor's Degree in a Computer Science or related technical field, the student's experience actually mirrors, and provides a strong foundation for, the software development lifecycle in which he or she will be immersed during an entry-level employment position following graduation from the Bachelor's program. The primary components of the software development lifecycle include requirements gathering, designing, programming, testing, modification, and deployment. The job duties of an entry level Application Support-ITRR typically involve following the predetermined specifications and methods of the software development lifecycle. Similarly, the student completing an Computer Science-related Bachelor's program first receives specific instructions from the instructor regarding what actions to take in certain tasks, proceeds to execute those actions during configuration and deployment utilizing the programming and security techniques that they have studied in class, and then the instructor reviews the system generated and grades the student

based on their proper application of the obtained knowledge. Ultimately, the ability to perform assigned research and troubleshooting tasks under supervision, a primary characteristic of an entry-level position, is gained specifically by a graduate of a Bachelor's Degree in Computer Science or a related technical field.

Judging by the nature of the duties as described, it is my opinion that the Application Support-ITRR position description offered by Tekway, Inc. is consistent with a typical entry-level position. Further, judging by the entry-level nature of the position as described, the Application Support-ITRR position offered by Tekway, Inc. would fall under the Level I wage category appropriate for entry level Software Developer, Applications positions as detailed by the US Bureau of Labor Statistics' Occupational Employment Statistics (OES) program.[3]

## Industry Standard for Application Support-ITRR Position

Additionally, it is standard for a company such as Tekway, Inc. to hire an entry-level Application Support-ITRR and require that individual to have attained at least a Bachelor's Degree in Computer Science or a related area. It is typical for an IT services and resources provider to hire an Application Support-ITRR or someone in a similar professional position who has recently graduated from a Bachelor's Degree program in Computer Science or a related area. The success of Tekway, Inc., as of similarly situated companies, is largely dependent on the ability and expertise of a Application Support-ITRR and other professionals, as the specialized duties of these individuals directly and indirectly affect the company's operations, revenues and profits, and ultimately the overall success of the company. Therefore, the industry standard for a position such as Application Support-ITRR for Tekway, Inc. is to be filled through recruiting a recent college graduate with the minimum of a Bachelor's Degree in Computer Science or a related area, or the equivalent.

Further, the prevalence of a Software Developer, Applications within companies like Tekway, Inc. which are engaged in Computer Systems Design and related services is significant, as according to data from the OOH, individuals employed in such occupations within that industry stood at approximately 292,000 in 2016 and is projected to reach 418,700 in 2026, growing at a rate of 43.4%.[4] This figure demonstrates that a position such as the Application Support-ITRR being offered by Tekway, Inc. is common within its industry sector, and increasingly essential.

## Summary of the Position of Application Support-ITRR for Tekway, Inc.

In summary, in the matter of the employment position of Application Support-ITRR offered by Tekway, Inc., it is my professional and experienced opinion that the described job duties are of an entry-level professional nature and require preparation at the Bachelor's Degree level in Computer Science or a related area at a minimum. The USCIS defines one of the standards for a Specialty Occupation as a position that requires a Baccalaureate or higher degree or its equivalent for the particular position. It is my opinion that this Application Support-ITRR

---

[3] http://www.flcdatacenter.com/download/NPWHC_Guidance_Revised_11_2009.pdf
[4] https://data.bls.gov/projections/nationalMatrix?queryParams=15-1132-729&ioType=o

position meets this requirement and qualifies as a USCIS Specialty Occupation, and that this position qualifies as an entry-level position.

## Discussion of Academic Credentials of Mr. Balusu

The following discussion reflects the academic credentials attained by Mr. Jagadish Kumar Balusu during the course of his academic studies. An analysis of Mr. Balusu's attainment of a Master of Science in Computer Science from University of New Haven forms the basis for the following discussion.

**ACADEMICS**

- University of New Haven is an accredited institute of higher learning in the United States.

University of New Haven's Master of Science in Computer Science program requires graduation from Bachelor's-level and competitive entrance examinations for admission and enrollment. Mr. Balusu completed all qualifying academic course work subsequent to his enrollment in the institute. In May 2016, he completed examinations and was awarded a Master of Science in Computer Science. Mr. Balusu has fulfilled the requirements in his area of concentration, Computer Science, and has earned a Master of Science in Computer Science from the institute.

Having reviewed Mr. Balusu's academic history, it becomes apparent that Mr. Balusu has satisfied requirements leading to the completion of a Master's Degree program at an accredited institution of higher education in the United States.

**SUMMARY**

On the basis of the credibility of University of New Haven, the number of years of course work, the nature of the course work, and related areas, Mr. Balusu has attained a Master's Degree in Computer Science from an accredited institution of higher education in the United States.

## Suitability of Mr. Balusu for the Application Support-ITRR Position

Having reviewed the responsibilities required by the Application Support-ITRR position and the academic credentials of Mr. Balusu in detail, it is my expert opinion that Mr. Balusu's background has clearly prepared him for the position of Application Support-ITRR for Tekway, Inc. This is because the knowledge attained by Mr. Balusu during the course of his academic studies directly corresponds to, and is a necessary requirement for, the specific duties of the position. As detailed above, the Application Support-ITRR position is an entry-level specialty occupation that requires at least a Bachelor's Degree in Computer Science or a related area, or the equivalent. It is my opinion that this Application Support-ITRR position meets this requirement and qualifies as a USCIS Specialty Occupation, and that this position qualifies as an entry-level position. Further, Mr. Balusu has exceeded this requirement by having attained a

Master's Degree in Computer Science from an accredited institution of higher education in the United States based upon his extensive academic background. For these reasons, Mr. Balusu is eminently qualified for this entry-level, specialty occupation Application Support-ITRR position, and I therefore strongly encourage the endorsement of the H-1B visa application filed by Tekway, Inc. on behalf of Mr. Balusu.

Sincerely,

Dr. Michael K. Lavine
Adjunct Professor
The Graduate School - Cybersecurity & Information Assurance Department

# DR. MICHAEL KEITH LAVINE

**E-Mail: mlavine@gmail.com**

## CAREER SUMMARY

Senior IT professional with over 25 years of work, consulting and research experience in information systems development and technology project implementations for Fortune 1000 companies, international corporations and medium-size regional organizations.  A proven expert in the IT industry with current real-world experience leading large and medium technical teams.  Previously, a Research Assistant Professor in Computer Science at the Whiting School of Engineering at Johns Hopkins University.  At present, a Full Adjunct Professor of Cyber Security at the University of Maryland – University College.

Extensive Expertise in: System Development, System Engineering, Enterprise Architecture, Communication Systems, Cloud Computing, Cyber Security, E-Commerce Systems, Data Science, Computer Networks and Protocols, Human Computer Interaction, Mobile Technologies, Computer Forensics, Computer Hardware, Information Assurance, and Web Usability.

Prior Consulting and Grant Collaboration with: Microsoft Corporation, Lucent Technologies, NICE Systems, Boeing Corporation, L3 Communications, Bank of America, Bank of China, CP Ships, SiRRAN Corporation, Learning Tree Corporation, Carlson Wagonlit, C. Mer Corporation, Phoenix Vessel Services, National Security Agency, Department of Defense, Department of Homeland Security, LifeBridge Health System, and various International Law Firms.

Enterprise Systems: SAP, PeopleSoft, Oracle Financials, Salesforce and Workday.

Database Systems: Microsoft SQL Server, MySQL, Oracle, DB2, and Sybase.

Programming, Markup and Scripting Languages: Java, Python, Perl, PHP, C#, C++, COBOL, HTML, Visual Basic, XML, and Windows PowerShell.

Operating Systems: Windows, UNIX (e.g. AIX, Solaris, HP-UX), LINUX, OS/400, z/OS, and MVS.

Business Intelligence and Data Analytics: Microstrategy, Tableau, Qlick, SPSS, IDEA, and ACL.

Office Automation: MS-Office Suite, Office 365, Visio, MetricStream, and Lotus Notes.

## EDUCATION

**Ph.D.**  **City University, Cass Business School, London, England, March 2007**
**Major: Management**
**Minors: Information Systems and Electronic Commerce**
Doctoral Program Ranking: 24th Globally by the Financial Times in 2007/2008
Research Project: Cyber Security Information Sharing in the United States: An Empirical Study Including Risk Management and Control Implications 2000-2003
Dissertation Advisor: Professor Georges M. Selim

**M.S.**  **Johns Hopkins University, Baltimore, Maryland, May 1999**
**Information and Telecommunication Systems for Business**
Concentration: Telecommunication Systems
Thesis Project: "Security and Trust Issues in Electronic Commerce"

MSc.   **City University, Business School, London, England, February 1997**
      **Internal Auditing and Management**
      Thesis Project: "Implementing, Controlling and Auditing SAP R/3"

B.S.   **Touro College, New York, New York, May 1988**
      **Finance** - Magna Cum Laude and Departmental Honors
      Additional Coursework: 30 credit hours of undergraduate Accounting courses

## ACADEMIC EXPERIENCE

9/12 to Present         **University of Maryland - University College**
6/99 to 8/05           Adelphi, Maryland

**Adjunct (Full) Professor** – Currently, I am teaching the final capstone simulation and modeling online course in the MS in Cyber Security Program. Previously, taught graduate and undergraduate online courses in Internet Applications, Electronic Commerce, Management Information Systems, Accounting Information Systems and Auditing.

9/11 – 6/12           **Johns Hopkins University – Information Security Institute**
                    **Department of Computer Science, Whiting School of Engineering**
                    **Carey Business School, Senior Professional Instructor**
                    Baltimore, Maryland

**Research Assistant Professor**                    7/10 – 6/12
**Lecturer**                                    7/09 – 6/10
**Adjunct Professor**                          7/05 – 6/09

Provided classroom instruction for the Advanced Computer Forensics, Computer Forensics and Information Assurance Policy courses in the specialized Masters of Science in Security Informatics (MSSI) degree program. Pursued various government and non-government research grant opportunities. Developed a new course in Computer Forensics and work with industry practitioners to collaborate on an interactive laboratory. Supervise various MSSI research projects in a wide range of technical and policy domains. Also, provided classroom instruction for the following MBA courses: Information Systems, Information Systems Financial Management, Technology Management and Outsourcing, Organizational Behavior, Social Entrepreneurship and Auditing.

August 2005 to Summer 2010      **University of Maryland – R.H. Smith School of Business**
                              College Park, Maryland

**Lecturer**
Taught the undergraduate Accounting Information Systems (BMGT326) course (3-4 sections per semester) in addition to Auditing and Financial Accounting courses. Also, taught an MBA elective, Information Technology and Corporate Transformation in the Fall 2005 semester. Developed two preliminary course syllabi for the new Executive Masters of Science (EMS) program.

October 1999 to June 2011      **City University – Cass Business School**
                              London, England

**Visiting Lecturer – Faculty of Management**             10 /99 – 6/11
**Associate Researcher – Centre for Research in Corporate Governance**      4/07 – 6/11

**Advisory Board Member – Centre for Internal Auditing**                                          11/04 – 6/10
Provided classroom instruction for the Auditing Information Systems, Control and Auditing Systems, Operational Auditing, Corporate Governance, Audit Practice, and Concepts of Control post-graduate courses on the China EMBA, MSc. in Management and MSc. in Internal Auditing and Management programs.  Supervise various EMBA and MSc. student research projects.


Summer 2003 to Summer 2010          **Norwich University**
                                     Northfield, Vermont


**Senior Instructor –** Taught highly specialized on-line courses in Human Factors, Technical Defenses, Management Topics and Foundations of Information Assurance in the Masters of Science in Information Assurance degree program.


Fall 1997 to June 2005                **Towson University**
                                     Towson, Maryland


**Assistant Professor of Computer and Information Sciences (CIS)**                       8/03 – 6/05
**Visiting Assistant Professor of CIS and Accounting**                                   8/00 – 7/03
Provided comprehensive classroom instruction for a variety of Computer Information Systems, Computer Science and Business undergraduate courses including: Information Assurance, Computer Security, Electronic Commerce, Systems Analysis and Design, Financial Aspects of Electronic Commerce, HCI, MIS, AIS, Advanced Auditing, and Principles of Auditing. Served as project manager for the National Security Agency's Center of Academic Excellence in Information Assurance Education program which was accepted and certified upon the first submission in AY 2001-2002.  Served as Co-Faculty Advisor for the Computer and Technology Club.  Participated in various committees related to Computer Science and CIS curriculum, research and student advising.


**Senior Lecturer of Accounting**                                                        9/97 – 7/00
Provided classroom instruction for undergraduate classes in Accounting Information Systems, Advanced Auditing, Principles of Auditing, Principles of (Financial) Accounting I, and Principles of (Managerial) Accounting II; in this AACSB accredited accounting program.  Advised accounting students about career options, summer internships, and job opportunities.  Served as liaison to CPA firms and businesses for department functions, internship placement and student job fair.


## INDUSTRY EXPERIENCE


06/13 to Present                     **T. Rowe Price, Inc.**
                                     Baltimore, Maryland


**Senior Technical Auditor**
Conduct reviews, assessments, audits and consulting projects of the organization's cyber security technologies and high risk information technologies used by trading, portfolio management and IT personnel. Specialize in incident response and management, Oracle and internally developed applications.  Provide cybersecurity SME services to various departments in the organization.


07/10 to 12/16                       **Cyber Security Group, S.A**
                                     Panama City, Panama


**Chief Technology Officer**
Provide technical thought leadership on a wide range of telecommunications security and technical security countermeasures for clients in the government and private sectors.  Assist the Managing Director in developing business development strategy and sales and marketing activities involving

manufacturers, value added resellers and end customers.  Research and develop customized solutions for intelligence, military and law enforcement uses.

11/14 to 12/15                                  **Mobile Security**
                                                Seoul, South Korea

**Chief Technology Officer**
Provide technical thought leadership on a wide range of telecommunications security and technical offensive mobile security techniques for small scale digital device for the government and private sectors in Latin America.  Assist the Managing Director in developing business development, sales, marketing, and research activities for the company through various use cases for worldwide application.

07/10 to 5/13                                   **Cyber Security Associates, LLC**
                                                Baltimore, Maryland

**Managing Director**
Provided thought leadership to a foreign ally in Central America, U.S. national and state government organizations and businesses on cyber security.  Designed and developed a 9 course 100% online Masters degree program in Cyber Security for the second largest public university in the USA. Perform a wide range of technical and policy related cyber security projects in the USA and Latin America.

11/03 to 7/10                                   **Homeland Security Consultants, Inc.**
                                                Baltimore, Maryland

**Managing Director**
Conduct and coordinate a wide variety of computer forensics, electronic discovery, IT auditing, information assurance, security, information systems, auditing, fraud investigation and management consulting projects for a diverse group of international clients.  Deliver professional training courses in the United Kingdom, Europe and Asia. Develop extensive experience working with law enforcement, government security specialists and senior business management.

10/97 to 6/00                                   **PricewaterhouseCoopers, LLP**
                                                Baltimore, Maryland

**Senior Associate – Operational and Systems Risk Management Services**
Provided information technology audits, security reviews, and consulting services to a wide variety of clients in the financial services, manufacturing, high technology, healthcare, middle market and government sectors.  Coordinated annual audit support work for large and medium size organizations. Formulated business development strategies and specific opportunities to deliver additional firm services to prospective and existing clients.

## MAJOR RESEARCH AND TEACHING INTERESTS

IT, Computer Science, Information Systems, Cloud Computing, Emerging Technologies, Mobile Commerce, Wireless Technologies, Artificial Intelligence, Data Science and Forensic Computing

## E-LEARNING MANGEMENT SYSTEMS

Blackboard, WebCT, WebTycho and Moodle

4

## GRANTS FUNDED RESEARCH PROJECTS

"Developing and Evaluating a Standardized Approach to Security Management Systems for U.S. and Israeli Hospitals: Security Management Systems and Required Technologies", (with W. Jaquis, M.D. and S. Scharf, M.D.), U.S. – Israel Science & Technology Foundation, November 2004 to June 2006

"An Information Assurance Scholarship Program for Towson University", (with A. Behforooz and P. Beere and J. Clements,), United States Department of Defense, August 2003 to August 2004

"The Role of the Internal Auditor in Mergers, Acquisitions and Divestitures", (with G.M. Selim and P.S. Sudarsanam), Institute of Internal Auditors Research Foundation, July 1999 to June 2002

Towson University, College of Graduate Education and Research, Summer Research Grant (including matching funds from the College of Science and Mathematics), 2002, 2003, and 2004

## PUBLISHED JOURNAL ARTICLES

"Liberty Bell Hospital: A Case Study in Employee Computer Fraud", (with A.A. Baldwin and C.L. Martin), Journal of Business Cases, Volume 2, Issue Number 3, Fall 2006

"The Role of Internal Auditors in Mergers, Acquisitions and Divestitures: An International Study", (with G.M. Selim and P.S. Sudarsanam), International Journal of Auditing, Volume 7, Issue Number 3, November 2003

"Ten Professional Journals on Accounting Information Systems", (with A.D. Schiff), The Ohio CPA Journal, April/May 2002

"A Comprehensive Bibliography of Professional Journal Articles on Accounting Information Systems", (with A.D. Schiff), Review of Business Information Systems, Fall 2001

"The Impact of Electronic Commerce on Information Technology Auditing", (with A.A. Baldwin), Review of Accounting Information Systems, Winter 2000

"Internal Audit Outsourcing: A View from Both Sides of the Fence". (with C.L. Martin), The CPA Journal, March 2000

"Implementation Issues for SAP R/3 Accounting Software", (with W.R. Melville and G.D. Moyes), Review of Accounting Information Systems, Fall 1997

"Fraud: Which Audit Techniques Work in Detecting Fraud?", (with G.D. Moyes), Corporate Controller (now known as CFO), Volume 10, Issue Number 6, August/September 1997

## PEER-REVIEWED CONFERENCE PAPERS WITH PROCEEDINGS AND/OR ABSTRACTS

"A Discretionary Access Control Method for Preventing Data Exfiltration via Removable Devices", (with D. Wilson), International Conference on Digital Forensics and Cyber Crime", Albany, New York, September 30 – October 2, 2009

"The Roles of Artificial Intelligence, Data Mining, and Knowledge Management in Accounting and Auditing: A Research Synthesis", (with Trinkle, B., Baldwin, A., Balli, E., Berry, B., Deshmukh, A., McKee, T., Ragothaman, S., Rosner, R. and Yao, L.), Eighteenth Annual Research Workshop on Strategic and Emerging Technologies, American Accounting Association Annual Conference, New York City, New York, August 2, 2009

"Acer Aspire Netbooks: A Forensic Challenge", (with A. Singh, T. Shiralkar and B. Turnbull), First IEEE International Workshop on Computer Forensics in Software Engineering, Seattle, Washington, July 20-24, 2009

"Computer Software Bugs and Other IT Threats to Critical Infrastructure: A Preliminary Set of Considerations for IT Governance", (with G. Selim), Seventh European Academic Conference on Internal Audit and Corporate Governance, April 15-18, 2009

"A Preliminary Approach to Conducting a Forensic Analysis of an Ultraportable ASUS Eee PC", (with T. Shiralkar and B. Turnbull), The International E-Forensics Conference, Adelaide, Australia, January 19-21, 2009

"An Efficiency Model Study to Evaluate the Impact of Port Security Activities on Port Productivity", (with M. Gonzalez, G. Quesada, and B. Trinkle), International Symposium and Workshop on Global Supply Chain, Inter-Modal Transportation and Logistics, Toledo, Ohio, October 25, 2007

"Detecting Non-Discoverable Bluetooth Devices: A Parallelized, Collision Resistant and Condensed Timing Approach", (with D. Cross, J. Hoeckle, J. Rubin and K. Snow), IFIP WG 11.10 First International Conference on Critical Infrastructure Protection, Hanover, New Hampshire, March 16, 2007

"Interim Research Observations about Critical Infrastructure Protection Information and Corporate Governance Issues through Public and Private Sector Cooperation in the United States", (with G.M. Selim), Third Annual Internal Audit and Corporate Governance Conference, London, England, April 9, 2005

"The Role of Internal Audit in Critical Infrastructure Protection and IT Governance: Developing a Research Agenda", (with A.A. Baldwin and W.R. Melville), Second Annual Internal Audit and Corporate Governance Conference, London, England, April 23, 2004

"A Current Perspective on the Diverse US Government Initiatives to Secure Cyberspace", Third European Conference on E-Government, Dublin, Ireland, July 3, 2003

"An Undergraduate Track in Computer Security", (with S. Azadegan, M. O'Leary, A. Wijesinha and M. Zimand), Eighth Annual Conference on Innovation and Technology in Computer Science Education, Thessaloniki, Greece, July 1, 2003

"Protecting the United States Homeland against Information Warfare and Cyber Terrorism", Second European Conference on Information Warfare and Security, Reading, England, June 30, 2003

"A Dedicated Undergraduate Track in Computer Security Education", (with S. Azadegan, M. O'Leary, A. Wijesinha and M. Zimand), Third World Conference on Information Security Education, Monterey, California, June 27, 2003

"Utilizing Vulnerability Scanning Tools in an Introductory Undergraduate Information Systems Security Course", Sixteenth Annual Federal Information Systems Security Educators Association Conference, Silver Spring, Maryland, March 4, 2003

"The U.S. National Infrastructure Protection Center: 1999-2001 - A Research in Progress Study", Third Australian Information Warfare Conference, Perth, Australia, November 28, 2002
"Benefits of Recognition as a Center of Academic Excellence in Information Assurance Education by the U.S. National Security Agency", (with S. Azadegan), Third Australian Information Warfare Conference, Perth, Australia, November 29, 2002

"Information Sharing in Information Systems Security and Auditing", First European Academic Conference on Internal Audit and Corporate Governance, Prague, Czech Republic, October 18, 2002

"The Role of Internal Auditors in Mergers, Acquisitions and Divestments", (with G.M. Selim and P.S. Sudarsanam), First European Academic Conference on Internal Audit and Corporate Governance, Prague, Czech Republic, October 18, 2002

"U.S. Federal Government Attempts to Address the Changing Issues in National Security: An Investigation into the Role of IT Security Protection", International Applied Business Research Conference, Puerto Vallarta, Mexico, March 16, 2002

"Liberty Bell Hospital: A Case Study in Employee Fraud", (with C.L. Martin), International Applied Business Research Conference, Cancun, Mexico, March 21, 2001

"New Strategies for Global Financial Reporting in the New Economy", (with M. Maloo), International Association for Accounting and Education Research, Third Biennial International Accounting Research Conference, Kobe, Japan, October 7, 2000

"Key Information Technology Security, Trust and Audit Concerns in an Electronic Commerce Environment", Asian Academic Accounting Association, 2000 Annual Meeting, Singapore, August 28, 2000

"The Effectiveness of Federal Government Programs in Healthcare Fraud", (with R. Komenski and C.L. Martin), Decision Sciences Institute, 1999 Annual Meeting, New Orleans, Louisiana, November, 20, 1999

"The Impact of Electronic Commerce on Information Technology Auditing", (with A.A. Baldwin), Eighth Annual Research Workshop on Artificial Intelligence and Emerging Technologies in Accounting, Auditing and Tax, San Diego, California, August 14, 1999

"Internal Audit Outsourcing: A View From Both Sides of the Fence", (with C.L. Martin), American Society of Business and Behavioral Sciences, 1999 Annual Conference, Las Vegas, Nevada, February 12, 1999


## INVITED TALKS

"Enterprise Risk Management and Its Strategic Role in Belgian Public Sector Services", Executive Staff Secretariat to the Prime Minister, Federal Government of Belgium, March 18, 2010

"Security Management Systems in the U.S. and Israel: A Grant Project Status Update", Maryland Chapter of the International Healthcare Security and Safety Association, Baltimore, MD, October 12, 2005

"Mergers and Acquisitions: The Role of Internal Auditors", Institute of Internal Auditors, Financial Services Conference, Arlington, VA, April 12, 2004

## BOOKS, BOOK CHAPTERS, TECHNICAL REPORTS, AND EDITORIALS

"Information Security and Assurance", Book Chapter, <u>Introduction to Maritime Security</u>, Editor M. McNicholas, Butterworth-Heinemann Publishing, London, December 2007

"Detecting Bluetooth Devices", (with D. Cross, J. Hoeckle, J. Rubin and K. Snow), Book Chapter, <u>IFIP Series on Critical Infrastructure Protection</u>, Editors E. Goetz and S. Shenoi, Springer Publishing, November 2007, ISBN 978-0-387-75461-1

"IT Security Essential Body of Knowledge: A Competency and Functional Framework", U.S. Department of Homeland Security - National Cyber Security Division, Contributor and Subject Matter Expert, Technical Report, September 2007

"E-Commerce and Auditing", (with A.A. Baldwin), An Editorial, <u>International Journal of Auditing</u>, Volume 7, Issue Number 2, July 2003

"Mergers, Acquisitions and Divestitures: Control and Audit Best Practices", (with G.M. Selim and P.S. Sudarsanam), Book, The Institute of Internal Auditors Research Foundation, Altamonte Springs, Florida, 2002

"Corporate Fraud", Book Review, <u>The Accounting Review</u>, American Accounting Association, Volume 74, Issue Number 2, August 1999

## CURRENT RESEARCH IN PROGRESS

"Software Bugs as Vulnerabilities in the U.S. Critical Infrastructure"

"Arguments for Expanding the Utilization of the Einstein System to the Private Information Infrastructure in the United States"

"An Event Study Analysis of U.S. Critical Infrastructure Protection"

"Threat Assessment and Communication Methods in the Critical Infrastructure Protection – A U.S. Perspective"

## JOURNAL EDITORIALSHIPS AND REFEREE POSITIONS

Member, Editorial Board, <u>International Journal of Digital Forensics & Incident Response</u>

Member, Editorial Board, <u>International Journal of Auditing</u>

Ad-Hoc Reviewer, <u>IEEE Security & Privacy</u>, <u>International Journal of Critical Infrastructure Protection</u>, <u>Journal of Electronic Commerce Research</u>, <u>International Journal of Accounting, Auditing and Performance Evaluation</u>

Guest Co-Editor, <u>International Journal of Auditing</u>, Special Issue on the Impact of E-Commerce on Auditing, Spring 2003

## **SERVICE FOR ACADEMIC CONFERENCES AND MEETINGS**

Conference Program Committee Member and Reviewer for the following events:

Colloquium of Information Systems Security Education, 2011
Human Aspects of Information Security and Assurance International Symposium, 2008 thru 2012
IFIP WG 11.10 International Conference on Critical Infrastructure Protection, 2011 thru 2007
International Conference on Intelligent Pervasive Computing, 2007

Reviewer for the following events:

European Conference on Information Warfare and Security, 2005 thru 2013
European Conference on Electronic Government, 2006 thru 2009
Hawaii Int'l. Information Systems Conference Computer Forensics Mini-Track, 2009, 2008, and 2007
International Conference on Information Warfare, 2006 thru 2013

## **CITIZENSHIP**

United States of America

A to Z Index | FAQs | About BLS | Contact Us    Subscribe to E-mail Updates    GO

Follow Us 🔵 | What's New | Release Calendar | Blog

Search BLS.gov    🔍

| Home | Subjects | Data Tools | Publications | Economic Releases | Students | Beta |

OOH HOME | OCCUPATION FINDER | OOH FAQ | OOH GLOSSARY | A-Z INDEX | OOH SITE MAP | EN ESPAÑOL

# OCCUPATIONAL OUTLOOK HANDBOOK

Search Handbook [          ] Go

Occupational Outlook Handbook > Computer and Information Technology >

## Software Developers

EN ESPAÑOL | PRINTER-FRIENDLY 🖨

| Summary | What They Do | Work Environment | How to Become One | Pay | Job Outlook | State & Area Data | Similar Occupations | More Info |

## Summary



| Quick Facts: Software Developers | |
|---|---|
| **2017 Median Pay** | $103,560 per year<br>$49.79 per hour |
| **Typical Entry-Level Education** | Bachelor's degree |
| **Work Experience in a Related Occupation** | None |
| **On-the-job Training** | None |
| **Number of Jobs, 2016** | 1,256,200 |
| **Job Outlook, 2016-26** | 24% (Much faster than average) |
| **Employment Change, 2016-26** | 302,500 |

### What Software Developers Do

Software developers are the creative minds behind computer programs. Some develop the applications that allow people to do specific tasks on a computer or another device. Others develop the underlying systems that run the devices or that control networks.

### Work Environment

Many software developers work for firms that deal in computer systems design and related services, manufacturing, or for software publishers.

### How to Become a Software Developer

Software developers usually have a bachelor's degree in computer science and strong computer programming skills.

### Pay

The median annual wage for software developers, applications was $101,790 in May 2017.

The median annual wage for software developers, systems software was $107,600 in May 2017.

### Job Outlook

Employment of software developers is projected to grow 24 percent from 2016 to 2026, much faster than the average for all occupations. Software developers will be needed to respond to an increased demand for computer software.

### State & Area Data

Explore resources for employment and wages by state and area for software developers.

### Similar Occupations

Compare the job duties, education, job growth, and pay of software developers with similar occupations.

### More Information, Including Links to O*NET

Learn more about software developers by visiting additional resources, including O*NET, a source on key characteristics of workers and occupations.

What They Do ->

**SUGGESTED CITATION:**

Bureau of Labor Statistics, U.S. Department of Labor, *Occupational Outlook Handbook*, Software Developers,
on the Internet at https://www.bls.gov/ooh/computer-and-information-technology/software-developers.htm (visited *September 04, 2018*).

**Last Modified Date:** Friday, April 13, 2018

RECOMMEND THIS PAGE USING:      Facebook      Twitter      LinkedIn

| TOOLS | CALCULATORS | HELP | INFO | RESOURCES |
|---|---|---|---|---|
| Areas at a Glance | Inflation | Help & Tutorials | What's New | Inspector General (OIG) |
| Industries at a Glance | Injury And Illness | FAQs | Careers @ BLS | Budget and Performance |
| Economic Releases | | Glossary | Find It! DOL | No Fear Act |
| Databases & Tables | | About BLS | Join our Mailing Lists | USA.gov |
| Maps | | Contact Us | Linking & Copyright Info | Benefits.gov |

Freedom of Information Act   |   Privacy & Security Statement   |   Disclaimers   |   Customer Survey   |   Important Web Site Notices

U.S. Bureau of Labor Statistics | Office of Occupational Statistics and Employment Projections, PSB Suite 2135, 2 Massachusetts Avenue, NE Washington, DC 20212-0001
www.bls.gov/ooh | Telephone: 1-202-691-5700 | Contact OOH



**Tekway**

Paving the Way for Technology

August 20, 2018

Dear USCIS Officer:

This letter is to establish that our company has a past practice of hiring persons with a bachelorette degree, or higher in Computer Science engineering to perform the specialized duties of an Application Support-ITRR (Software Developer).

The following individual performed services in the capacity of a Software Developers, Applications (SOC Code 15-1132) with a Master's degree in Information Systems, Information Technology, Computer Science or a related area for this position.

Enclosed are copies of the individual's degrees, transcripts and pay records.

| NO | Employee Name | Job Title | Highest Educational Qualification | SOC CODE |
|---|---|---|---|---|
| 1 | Abhinav Reddy Kota | Sr. Java Developer | Master's degree in Information Systems | 15-1132 |
| 2 | Vinaykumar Swarna | Application Support -ITRR | Master's degree in Information Systems | 15-1132 |
| 3 | Jagadish Kumar Balusu | Application Support -ITRR | Master's degree in Computer Science | 15-1132 |
| 4 | Jaswanth Potini | Sr. Java Developer | Master's degree in Software Engineering | 15-1132 |
| 5 | Deepthisha Jalli | Sr. Java Developer | Master's degree in Digital sciences | 15-1132 |
| 6 | Lakshmi Sunanda Alluri | Oracle Developer | Master's degree in Computer Science | 15-1132 |
| 7 | Sravya Kandukuri | Oracle Developer | Master's degree in Computer Science | 15-1132 |

| 8 | Manoj Kumar Koduru | Sr. Java Developer | Master's degree in Computer and Information Science | 15-1132 |
| 9 | Stevenson Sunchu | Sr. Java Developer | Master's degree in Information Systems | 15-1132 |
| 10 | Harika Adusumalli | Sr. Java Developer | Master's degree in Computer Science and Information Technology | 15-1132 |
| 11 | Sai Kishen Thentu | Sr. Java Developer | Master's degree in Computer Science | 15-1132 |

Please do not hesitate to contact me with any questions or concerns.


Sincerely,


_____
Pavan Kumar
Operation Manager
Tekway Inc.
Phone:  630-493-9458/9459
Email:  Pavan@tekwayinc.com



*Lucid Technologies*

**The Logical Solutions**

August 20, 2018

**To whom it may concern**:

This letter is to confirm that our company Lucid Technologies Inc. with office located at 8600 Freeport PKWY, STE 300, Irving TX 75063 is in the business of providing IT staffing and software development services, and currently has 80 employees. We hereby confirm that we employ individuals using SOC Code 15-1132, Software Developer (Application Support-ITRR), to perform software programming tasks using various technologies. We require the equivalent of a U.S. Bachelor's degree in Information Systems, Information Technology, Computer Science or a related area for this position.

If you have any further questions or require additional documentation, please do not hesitate to contact us.

Regards,

Name: Shashidhar Devireddy
Title: President
Phone: 214 385 4144 EXT 307
Email: devireddy@lucidtechinc.com

8600 Freeport Pkwy, Suite: 300, Irving, TX 75063
Tel: 214-385-4144, Fax: 214-889-5857
info@lucidtechinc.com
www.lucidtechinc.com



**Tekway**

Paving the Way for Technology

## EMPLOYMENT CONTRACT

This Employment Contract is entered into between Tekway Inc, incorporated in Illinois, bearing EIN: 20-3287603, located at 4104 Sterling Road, Downers Grove, IL-60515 (hereinafter referred to as "Employer"), and Jagadish Kumar Balusu bearing SSN ██████████ residing at 1908 Reston metro plaza, Apt 1221, Reston, VA 20190(hereinafter referred to as "Employee") as described below:

- Whereas, 'Employee' has expertise in the field of IT consulting services.

- Whereas, 'Employee' has met with the Officer of 'Employer' to explore the possibilities of being employed as an Application Support Consultant.

- Whereas, as 'Employee' meets the qualifications established for the job position, 'Employer' has expressed a willingness to hire 'Employee' on full-time hourly basis as an Application Support Consultant.

- Whereas, 'Employment Date' is agreed upon by both 'Employer' and 'Employee' as the date on which Employee reports to a billable assignment of the client of Employer.

- Whereas, 'Term of Employment' is defined as the period of employment from 'Employment Date' to that date or the date on which this Employment Contract is terminated, whichever occurs first.

The 'Employee' and 'Employer' hereby mutually agree on Sep 6th 2017 to the following covenants:

1) 'Employee' agrees to accept employment with 'Employer' as an Application Support Consultant.

2) 'Employee' hereby acknowledges and agrees to the following conditions of employment during 'Term of Employment':

   a) 'Employee' agrees to work on a full-time basis exclusively for 'Employer.' A workload of 40 (forty) hours per week is considered as full-time employment.

   b) Whenever 'Employer' so directs, 'Employee' agrees to work either at the premise of 'Employer' or at the premise of a Client of the 'Employer.'

   c) Whenever 'Employee' works in the premises of 'Employer,' 'Employee' agrees to adhere to the conduct guidelines specified in 'Employee Conduct Guidelines Manual' of 'Employer' in force at that time.

   d) Whenever 'Employee' works in the premises of any Client of 'Employer,' 'Employee' agrees to adhere to the prevailing employee conduct guidelines of the Client of 'Employer' in addition to the employee conduct guidelines of 'Employer.'

   e) Whenever 'Employee' works in the premises of any Client of 'Employer,' each week 'Employee' agrees to do the following tasks: (i) keep track of the number of regular and overtime hours worked by day, (ii) duly complete the 'Time Sheet' in the format specified by either 'Employer' or the Client of 'Employer' as directed by 'Employer,' (iii) promptly obtain written approval on the 'Time Sheet' from the supervising officer of the Client of 'Employer,' and (iv) promptly enter Internet form or fax 'Time Sheet' to 'Employer' the same business day in which such approval is obtained.

   f) Whenever 'Employee' receives any direct compensation from any Client of 'Employer' or any other entity for the services provided by 'Employee,' 'Employee' agrees to turn in all such monies to 'Employer.' However, 'Employee' is allowed to keep monies obtained from public performances in events recognized by 'Employer' to be conducive for employment such as honorariums, awards, lecture fees, and article fees in the field of his or her profession, provided such activities do not interfere with regular work.

g)   'Employee' agrees to maintain the confidentiality of all matters related to in-house and Client projects of 'Employer'.  'Employee' hereby acknowledges that the following information is confidential and valuable to 'Employer':

   (1)   <u>Confidentiality related to the Clients of 'Employer'</u>: all information related to the projects of Clients of 'Employer' including but not limited to the names of Client organizations, locations of Client organizations, names of managers of Client organizations, current projects of Client organizations, plans of Client related to project extensions, plans of Client related to new projects, information technology skill sets needed for Client projects and any other information related to the Clients of 'Employer' that 'Employee' might obtain directly or indirectly during 'Term of Employment.'  This restriction does not apply for publicly available information related to the projects of Clients of 'Employer.'

   (2)   <u>Confidentiality related to in-house projects of 'Employer'</u>:  all information including but not limited to the names, locations, nature, intended market segments, Information technology skill sets, execution plans of all in-house projects of 'Employer' and any additional information obtained directly or indirectly during 'Term of Employment.'  This restriction does not apply to publicly available information related to in-house projects of 'Employer.'

   (3)   <u>Confidentiality related to information technology methods and business practices of Employer</u>: all information related to the methodology used by 'Employer' in executing its in-house and Client projects, and all information related to the business methods used by 'Employer' to motivate its employees and grow its business.

h)   Non-Disclosure: 'Employee' agrees not to disclose any one during 'Term of Employment' and for <u>twelve months after termination</u> of this Employment Contract any confidential information described in above sections g(1), g(2), and g(3)  to any party without express written authorization of an Officer of 'Employer.'

i)   Non-Publicity: 'Employee' hereby agrees to the following restrictions during 'Term of Employment' and for a period of <u>twelve months after termination of employment</u>, on disclosing information related to in-house or Client projects of 'Employer' to any public or private forum through any communication media.  Accordingly, 'Employee' agrees  to the following restrictions during this period: (i) not to communicate with press, (ii) not to share information with any public relation entity, (iii) not to write books, memoirs, articles, monographs or other publications related to in-house or Client projects, and (iv) not to adversely impact the prospects of 'Employer' being listed in a stock exchange by interfering in public or private forums such as road shows, general body meetings, and other investor gatherings.

j)   Non-Hire: 'Employee' hereby agrees that he or she will not hire or attempt to hire for his or her own company, or recruit or attempt to recruit for any other company, any employees of 'Employer' either directly or indirectly during 'Term of Employment' and for a period of <u>twelve months after the termination</u> of this Employment Contract.  The only exception to this condition is when 'Employee' obtains a written authorization from an Officer of 'Employer' to do so.

k)   Non-Competition: 'Employee' hereby agrees that he or she will not compete directly or indirectly with 'Employer' in the field of information technology consulting during 'Term of Employment' and for a period of <u>twelve months after the termination</u> of this Employment Contract, unless 'Employee' obtains a written authorization from an Officer of 'Employer' to do so.

l)   Non-Solicitation: 'Employee' hereby agrees that he or she will not solicit business from Clients of 'Employer' (either directly or indirectly) and other information technology

---

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459

consulting firms that he or she gets to know as a direct/indirect consequence of being employed with 'Employer' during 'Term of Employment' and for a period of twelve months after the termination of this Employment Contract, unless 'Employee' obtains a written authorization from an Officer of 'Employer' to do so.

m)  Whenever 'Employer' so directs or upon termination of this Employment Contract, 'Employee' agrees to return to an officer designated by 'Employer' all material related to in-house projects of 'Employer' and/or Client projects of 'Employer.' Such materials include but not limited to software, hardware, software tools, tapes, floppy discs, CD ROMs, zip discs, external hard drives, other storage media, laptops, computers, manuals, libraries, books, activity charts, project planning materials, personal digital assistants, pagers, cell phones, keys, passwords, and other materials related to in-house and Client projects of 'Employer.'

n)  'Employee' hereby acknowledges that any violation of above thirteen conditions of employment (as described in sections 2 a) to 2 m) constitutes a material breach of this Employment Contract and is a sufficient basis for the termination of the employment of 'Employee' with 'Employer.' 'Employee' also agrees that in case of not returning any client property at the time of termination, "Employer" has the right to collect the said materials through legal channels. "Employee" also agrees to pay the "Employer" for any legal expenses that incur in this process of collecting the client materials / properties.

3)  In consideration of above services, 'Employer' agrees to compensate 'Employee' as described below:

a)  An hourly rate of ⸻ for straight, over time hours, and you will not be paid for any vacation or public holidays. You will be paid as per hours mentioned in your client-approved timesheets.

**4)  Termination: 'Employer' or 'Employee' can terminate this Employment Contract without assigning any cause with a written notice of two weeks after fulfilling the 12 consecutive months of employment. If the "Employee" fails to provide the mandatory 2 week notice, the "Employer" has the rights to withhold the pay for that particular period, in order to avoid damages to the employer or pay the damages to the client, that are caused due to the breach of contract by the "Employee".**

6)  Force Majeure: Neither party shall be liable to the other party or be deemed to be in breach of this contract for any failure or delays in rendering performance arising out of causes beyond its control and without its fault or negligence. Such causes may include but are not limited to acts of God, act of a public enemy, fire, floods, epidemics, quarantine restriction, strikes, freight embargo, or loss of use of Internet site through no fault of either party.

7)  Conflict of Laws: The parties agree that they shall comply with all laws, rules, regulations, ordinances, or other requirement of the State of Illinois, Dupage County and other governmental agencies that have regulatory oversight on the transactions described in this Contract.  Any breach of laws, ordinances, etc. shall be borne exclusively by the party upon who said obligation rests. If a party breaches any of the aforementioned laws, rules, regulations, etc., said party shall indemnify and hold harmless the non-breaching party, its officers, employees, agents against any and all liability, loss, damages, penalties, cots or expenses for any damage or injury to real, personal, or intellectual property which the non-breaching party may sustain as arising out of or in connection with the Contract's covenants.

8)  Waivers: All conditions, covenants, duties, and obligations contained in this Contract may be waived by written agreement only. Forbearance and indulgence in any form or manner by either party shall not be construed as a Waiver or in any way limit legal and equitable remedies.

9)  Amendments: This contract cannot be amended except in writing executed by both parties.

---

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459

10) Duration of Contract: This Employment Contract shall be deemed to be in force from the date of signing this Contract unless it is terminated in writing by either party.

11) Entire Contract: The parties understand and agree that this Contract supersedes all other verbal or written agreements and negotiations by the parties relating to services in this Contract.

12) Severability:   If any provision of this Contract is held by a court of competent jurisdiction to be invalid or unenforceable for any reason, the remaining provisions shall remain in full force and effect as if this Contract had been executed without that invalid provision.

13) This Contract shall be construed under and governed by the laws of the State of Illinois.

IN WITNESS WHEREOF, the parties hereto set forth their hand and seal on 09/06/2017:

*Pavan Kumar*
_____

*jagadish kumar*
_____

Name: Pavan Kumar

Name : Jagadish Kumar Balusu

Title: Operations Manager

Employee :

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459



**Tekway**
Paving the Way for Technology

### Candidate Evaluation Form

| Jagadish Kumar Balusu | 10:30 PM | Monday | 02/25/2018 |
|---|---|---|---|
| Candidates Name | Time | Day of Week | Date |

| (203)809-9220 |
|---|
| Candidate's Telephone Number |

| Reston | VA | USA |
|---|---|---|
| Location or City | State | Country |

| AT&T | Tekway Inc | 4.0 |
|---|---|---|
| Client | Company | Candidate's Skill Level |

**SKILLS TO BE TESTED DURING TECHNICAL INTERVIEW**

| Skills to be tested | Score | Comment | Experience |
|---|---|---|---|
| JAVA, J2EE | 4 | Strong | 20Months |
| CSS, JavaScript, JSP, XML | 4 | Strong | 20Months |
| jQuery, Angular JS | 3 | Good Experience | 20Months |
| LINUX | 3+ | Very Good | 20Months |
| Spring, Struts | 4 | Strong | 20Months |
| Hibernate | 3+ | Very Good | 20Months |
| Tomcat, WebSphere | 4 | Strong | 20Months |
| GIT/SVN | 3 | Good Experience | 20Months |
| Webservices | 3+ | Very Good | 20Months |
| MS SQL, Oracle | 4 | Strong | 20Months |
| JIRA | 3 | Good Experience | 20Months |

Technical Interviewer's #

Ratings key:     0 = None          1 = Training or Education               2 = Weak Experience
2/3 = Basic experience     3 = Good Experience     3+ = Very Good          4 = Strong          5 = Expert



**Overall Comments about the Candidate's Communication and Technical Skills**

- He has experience in software programming specializing in object-oriented analysis, software design, development and maintenance
- Skilled professional in software development using Java Technologies and experience in creating Restful Web services and used popular frameworks such as Spring, JPA, Hibernate.
- Design, development and maintenance of client facing web based applications.
- Configured backend frameworks for the application such as Spring Security, Spring Data-JPA.
- Configured the application environment with Tomcat server, Maven and Oracle DB server.
- Setup security hardening through configuring SSL x509 connection between application on Tomcat server with Oracle database server.
- Worked on query optimization and writing SQL queries, PL/SQL Procedures, Functions, Triggers and Cursors.
- Implemented the persistence layer in Hibernate
- Application was built using Model-View-Controller (MVC) architecture with Spring.
- Applied JQUERY, custom CSS and JavaScript to deliver cutting edge user interfaces and make the application live.
- Deploying applications and troubleshooting java services on Apache Tomcat Server.
- Proactively monitor and maintain the IT environment and react to unplanned events as they arise.
- Provide second level technical support for applications deployed into production, development and test environments.
- On call support for Production, Deployment activities, issue tracking on application logs and raising a report to fix it .

*****Strong Candidate *****

Yours sincerely

*Pavan Kumar*

*jagadish kumar*

Pavan Kumar
Operation Manager

Employee Name: Jagadish Kumar Balusu

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459



**Tekway**

Paving the Way for Technology

August 20, 2018

Ref: Employment of Jagadish Balusu

Dear Sir/madam,

Jagadish Balusu will be working at 1908 Reston Metro Plaza, Apt # 1221, Reston, VA-20190.
I, Pavan Kumar, Project Manager, Operations of Tekway, Inc.  certify that I shall be supervising **Jagadish Balusu** as Application Support-ITRR /Software Developer and supervise work-related duties and responsibilities. Our company has the ultimate control and authority over Jagadish Balusu's day-today activities at the end client, AT&T.

The beneficiary is required to communicate on a regular basis with our company in terms of hours worked, status of assignment, performance feedback, and similar matters through regular communication (phone calls and e-mails) to the Supervisor.

As an Application Support-ITRR /Software Developer, Mr. Jagadish Balusu's specific duties include but are not limited to the following:

- ➢ Gathering system requirements for the application and worked with the business team to review the requirements, and went through the Software Requirement Specification document and Architecture document.
- ➢ Preparing the system requirements document and sending it for the approval.
- ➢ The Code will be developed using JAVA in the RAD Integrated development environment.
- ➢ Modifying and enhancing the Java simple API's according to the requirements.
- ➢ Working on encryption of the data using the Voltage encryption.
- ➢ Executing the sql queries to make sure the data is updated, deleted, modified and encrypted using sql developer tool.
- ➢ Creating the test sample data in the Database to test the test application to run the application before deploying it to the production.
- ➢ An interface is designed and developed to communicate between the Biometric applications and Fingerprints.
- ➢ Install and configure new development software's and servers as needed.
- ➢ Responding to the Change requests made by the client.
- ➢ Involved in on call application production support.
- ➢ Setup security hardening through configuring SSL x509 connection between  Application on Tomcat server with Oracle database server.
- ➢ Using Maven to build the applications and deploy it to the tomcat server.
- ➢ Written scripts for the application Specify  environment setup  deployment .
- ➢ Written scripts for the monitoring application to ensure minimal downtime.
- ➢ Load balancing  on Web application server clusters.
- ➢ Deploying the applications to WebSphere and production server.



Tekway
Paving the Way for Technology

➢ Installation & configuring of new WebSphere application servers as needed.
➢ Preparing Unit and System Testing Specification documents and performed Unit and System testing of the application.
➢ Based on the unit testing results will create a test summary report.

In performing these duties, Jagadish Balusu will be working with the following technologies\platforms:

| Coding Languages | Java,J2EE |
|---|---|
| Scripting | JSP, Java Script, HTML ,XML, CSS |
| Frameworks | Spring, Hibernate Struts |
| Operating Systems | Linux(Solaris),Unix windows |
| CI/CD tool | Jenkins |
| Database | Oracle, Ms Sql server, My Sql, JDBC |
| Webservers | Tomcat, WebSphere |
| Version control tools | SVN/GIT |

**Employer employee relationship**

➢ **Right to Hire and Fire:  Tekway, Inc.** has the right of control over the work of the beneficiary on a day-to-day basis for which the control is required. Tekway, Inc. has the sole authority to hire or fire the beneficiary and set the rules and regulations for the beneficiary's work.

➢ **Right to Control:   Tekway, Inc.** controls the beneficiary provides her with compensation, has the authority to assign her and is responsible for payment of his salary, administration of benefits and the payment of applicable taxes on his/her behalf.

➢ **Right to Supervise**: **Tekway, Inc.** with tax identification Fed Id# 20-3287603 will supervise the beneficiary Mr. Jagadish Balusu. The beneficiary will report to Tekway, Inc.'s Project Manager Operations, Pavan Kumar, who will supervise the beneficiary's work and hence will maintain an employer employee relationship through the right of control.  I further confirm that our company is the employer of the beneficiary as we control, the manner and means by which the beneficiary performs services for at the end client, At&t. Our company exercises the authority to appraise performance, promote, demote, transfer laterally, approve authorization for leave of absence or terminate the beneficiary's employment. The beneficiary will communicate on a biweekly basis with Project Manager Operations, Pavan Kumar and submit the timesheets.

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459



➢ **Right to assign additional duties: Tekway, Inc.** will provide with any additional training in the specific technical skills required to perform the assigned tasks and meet the market standards. Moreover, our company has the right to assign additional work to the beneficiary and/or to change the work assignment.

➢ **Wage and benefits (I-9s and W-2s):** We treat the beneficiary as our employee in its business and personal records, including USCIS Form I-9. We also issue the beneficiary regular paychecks and required tax reporting forms (including W-2). We offer employee benefits (such as health insurance, direct deposits, etc.) to the beneficiary. We make employer contributions and withhold and will pay employee contributions on behalf of the beneficiary for federal income tax purposes. We also solicit regular feedback from the client about the work product of the beneficiary and include feedback in regular performance evaluations for this individual.

Please note that our company is not a "United States Agent" within the meaning of 8 C.F.R. Section 214.2(h)(2)(i)(F). Our employees are guaranteed employment, are paid a salary and are provided corporate benefits. We also deduct Social Security taxes and other Federal and State taxes, and issue our employee W2 statements at the end of the year.

Should you have any questions, please do not hesitate to contact the undersigned.

Yours Sincerely,

*Pavan Kumar*

_____

Pavan Kumar,
Project Manager, Operations
4104 Sterling Road
Downers Grove
Il-60515
Contact: (630)493-9458



Project Status Report of Jagadish Balusu for the month of May 2018

| May 2018 Status Report | | |
|---|---|---|
| **S.No** | **Task** | **Status** |
| 1st week | Gathering the Business Requirements and involved in discussion with teams. | done |
| 1st week | Involved in Technical and project management Discussions | done |
| 1st week | On call support for Production, Deployment activities, issue tracking on application logs and raising a report to fix it . | done |
| 2nd week | Configures the application environment with Tomcat server, Maven on the new servers | done |
| 2nd week | Involved in DB design and Implementation | done |
| 2nd week | Configuring oracle databases on the new servers | done |
| 3rd week | API Design Document review | done |
| 3rd week | Set up the requirements of different API's | done |
| 3rd week | On call support for Production, Deployment activities, issue tracking on application logs and raising a report to fix it . | done |
| 4th week | Check configurations for build procedures. | done |
| 4th week | Enhancements done on existing API | done |
| 4th week | Responsible for Change Requests Implementation and bug fixing for internal and customer reported defects | done |

*jagadish kumar*

Pavan Kumar                                          Employee Signature: Jagadish Kumar Balusu
Operation Manager



4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459



**Tekway**

Paving the Way for Technology

Project Status Report of Jagadish Balusu for the month of June 2018

| June 2018 Status Report | | |
|---|---|---|
| | | |
| **S.No** | **Task** | **Status** |
| 1st week | Gathering the Business Requirements and involved in discussion with teams. | done |
| 1st week | Involved in Technical and project management Discussions | done |
| 1st week | Add chassis level configurations for installed cards | done |
| 1nd week | On call support for Production, Deployment activities, issue tracking on application logs and raising a report to fix it. | done |
| 2nd week | Setup security hardening through configuring SSL x509 connection between  application on Tomcat server with Oracle database server in the new environment. | done |
| 2nd week | Using Maven to build the applications and deploy it to the tomcat server. | done |
| 3rd week | Integration of Development &operations | done |
| 3rd week | Written scripts for the application Specify  environment setup  deployment . | done |
| 3rd week | On call support for Production, Deployment activities, issue tracking on application logs and raising a report to fix it . | done |
| 4th week | API Design document review and enhancement updating | done |
| 4th week | Responsible for Change Requests Implementation and bug fixing for internal and customer reported defects | done |

*jagadish kumar*

Pavan Kumar
Operation Manager

Employee Signature: Jagadish Kumar Balusu



Project Status Report of Jagadish Kumar Balusu for the month of July 2018

| July 2018 Status Report | | |
|---|---|---|
| **S.No** | **Task** | **Status** |
| 1st week | Gathering the Business Requirements and involved in discussion with teams. | done |
| 1st week | Involved in Technical and project management Discussions. | done |
| 1st week | On call support for Production, Deployment activities, issue tracking on application logs and raising a report to fix it. | done |
| 2nd week | Enhancing the API to input the Sensitive data. | done |
| 2nd week | Installed the encryption software on the servers. | done |
| 2nd week | Loading encrypted data to database | done |
| 3rd week | Deployments in both Production and test servers | done |
| 3rd week | Monitor the logs after CAT deployment | done |
| 3rd week | On call support for Production, Deployment activities, issue tracking on application logs and raising a report to fix it. | done |
| 4th week | Installing the new certs for security hardening for the old servers | done |
| 4th week | Looking into the load balance the servers to increase capacity | done |
| 4th week | Responsible for Change Requests Implementation and bug fixing for internal and customer reported defects. | done |

*jagadish kumar*

Pavan Kumar
Operation Manager

Employee Signature: Jagadish Kumar Balusu

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 7J2 23534209 | 01/ | 1251503 | 1 of 1 |

TEK WAY INC
4104 Sterling Road
Downers Grove, IL 60515

# Earnings Statement



Period Starting:   07/10/2018
Period Ending:    08/09/2018
Pay Date:       08/15/2018

| | |
|---|---|
| Taxable Marital Status: | Single |
| Exemptions/Allowances: | Tax Override: |
| Federal: 0 | Federal: |
| State: 0 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

**JAGADISH BALUSU**
**1908 RESTON METRO PLAZA**
**APT #1221**
**RESTON, VA 20190**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 704.00 | 26464.00 |
| Regular | 20.0000 | 168.00 | 3360.00 | |
| **Gross Pay** | | | **$4,064.00** | $26,464.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -487.87 | 2872.65 |
| Virginia State Income | -197.85 | 1235.04 |
| **Net Pay** | **$3,378.28** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 168.00 | 1288.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9796 | XXXXXXXXX | 3378.28 |

Your federal taxable wages this period are  $4,064.00

TEK WAY INC
4104 Sterling Road
Downers Grove, IL 60515

Pay Date:      08/15/2018

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9796 | XXXXXXXXX | 3378.28 |

JAGADISH BALUSU
1908 RESTON METRO PLAZA
APT #1221
RESTON, VA 20190

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 7J2 23534209 | 01/ | 1152591 | 1 of 1 |

TEK WAY INC
4104 Sterling Road
Downers Grove, IL 60515

## Earnings Statement



Period Starting: 06/10/2018
Period Ending: 07/09/2018
Pay Date: 07/16/2018

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
Federal: 0 Federal:
State: 0 State:
Local: 0 Local:
Social Security Number: XXX-XX-XXXX

**JAGADISH BALUSU**
**1908 RESTON METRO PLAZA**
**APT #1221**
**RESTON, VA 20190**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 168.00 | 3360.00 | 22400.00 |
| **Gross Pay** | | | **$3,360.00** | **$22,400.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 168.00 | 1120.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -350.33 | 2384.78 |
| Virginia State Income | -157.37 | 1037.19 |
| **Net Pay** | **$2,852.30** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9796 | XXXXXXXXX | 2852.30 |

Your federal taxable wages this period are  $3,360.00

TEK WAY INC
4104 Sterling Road
Downers Grove, IL 60515

Pay Date:          07/16/2018

## THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9796 | XXXXXXXXX | 2852.30 |

JAGADISH BALUSU
1908 RESTON METRO PLAZA
APT #1221
RESTON, VA 20190

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| **R4 7J2 23534209** | **01/** | **1058043** | 1 of 1 |

TEK WAY INC
4104 Sterling Road
Downers Grove, IL 60515

## Earnings Statement



Period Starting: 05/10/2018
Period Ending: 06/09/2018
Pay Date: 06/15/2018

| Taxable Marital Status: | Single |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal: 0 | Federal: |
| State: 0 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

**JAGADISH BALUSU**
**1908 RESTON METRO PLAZA**
**APT #1221**
**RESTON, VA 20190**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 176.00 | 3520.00 | 19040.00 |
| **Gross Pay** | | | **$3,520.00** | **$19,040.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 176.00 | 952.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -369.53 | 2034.45 |
| Virginia State Income | -166.57 | 879.82 |
| **Net Pay** | **$2,983.90** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9796 | XXXXXXXXX | 2983.90 |

Your federal taxable wages this period are  $3,520.00

TEK WAY INC
4104 Sterling Road
Downers Grove, IL 60515

**Pay Date:**          06/15/2018

## THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9796 | XXXXXXXXX | 2983.90 |

JAGADISH BALUSU
1908 RESTON METRO PLAZA
APT #1221
RESTON, VA 20190



Tekway
Paving the Way for Technology

Date: August 3 2018

| Time Sheet for the Month of July - 2018 | | | | | | |
|---|---|---|---|---|---|---|
| Consultant Name: | | | Jagadish Kumar Balusu | | | |
| Client | | | AT & T | | | |
| Job Posting | | | Application Support-ITRR /Software Developer | | | |
| Project / Group: | | | IAM Authentication Capability - CSO FingerprintBio | | | |
| From Date | 7/1/2018 | | To Date | | 7/31/2018 | |
| Date | Day | Start Time | End Time | Hours | Over Time | Notes |
| 1-Jul-18 | Saturday | | | | 0 | |
| 2-Jul-18 | Sunday | | | | 0 | |
| 3-Jul-18 | Monday | | | | 0 | |
| 4-Jul-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 5-Jul-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 6-Jul-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 7-Jul-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 8-Jul-18 | Saturday | | | | 0 | |
| 9-Jul-18 | Sunday | | | | 0 | |
| 10-Jul-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 11-Jul-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 12-Jul-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |



| | | | | | | |
|---|---|---|---|---|---|---|
| 13-Jul-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 14-Jul-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 15-Jul-18 | Saturday | | | | 0 | |
| 16-Jul-18 | Sunday | | | | 0 | |
| 18-Jul-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 18-Jul-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 19-Jul-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 20-Jul-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 21-Jul-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 22-Jul-18 | Saturday | | | | 0 | |
| 23-Jul-18 | Sunday | | | | 0 | |
| 24-Jul-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 25-Jul-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 26-Jul-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 27-Jul-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 28-Jul-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 29-Jul-18 | Saturday | | | | 0 | |
| 30-Jul-18 | Sunday | | | | 0 | |



Tekway
Paving the Way for Technology

| 31-Jul-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
|-----------|--------|---------|---------|---|---|---|
| **Total Hours** | | | | 168 | Hours | |
| **Total # Regular Shifts** | | | | 168 | Hours | |
| **Total # Additional Shifts** | | | | | Hours | |

*Pavan Kumar*

Pavan Kumar                                    Employee Signature: Jagadish Kumar Balusu
Operation Manager



**Tekway**

Paving the Way for Technology

Date: July 5 2018

| Time Sheet for the Month of June - 2018 | | | | | | |
|---|---|---|---|---|---|---|
| **Consultant Name:** | | | Jagadish Kumar Balusu | | | |
| **Client** | | | AT & T | | | |
| **Job Posting** | | | Application Support-ITRR /Software Developer | | | |
| **Project / Group:** | | | IAM Authentication Capability - CSO FingerprintBio | | | |
| **From Date** | **6/1/2018** | | **To Date** | | **6/30/2018** | |
| **Date** | **Day** | **Start Time** | **End Time** | **Hours** | **Over Time** | **Notes** |
| 1-Jun-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 2-Jun-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 3-Jun-18 | Saturday | | | | 0 | |
| 4-Jun-18 | Sunday | | | | 0 | |
| 5-Jun-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 6-Jun-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 7-Jun-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 8-Jun-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 9-Jun-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 10-Jun-18 | Saturday | | | | 0 | |
| 11-Jun-18 | Sunday | | | | 0 | |
| 12-Jun-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |



Tekway
Paving the Way for Technology

| 13-Jun-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
|-----------|---------|---------|---------|---|---|---|
| 14-Jun-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 15-Jun-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 16-Jun-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 18-Jun-18 | Saturday | | | | 0 | |
| 18-Jun-18 | Sunday | | | | 0 | |
| 19-Jun-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 20-Jun-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 21-Jun-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 22-Jun-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 23-Jun-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 24-Jun-18 | Saturday | | | | 0 | |
| 25-Jun-18 | Sunday | | | | 0 | |
| 26-Jun-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 27-Jun-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 28-Jun-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 29-Jun-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 30-Jun-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |

**Tekway**
*Paving the Way for Technology*

| Total Hours | 168 | Hours | |
|---|---|---|---|
| Total # Regular Shifts | 168 | Hours | |
| Total # Additional Shifts | | Hours | |

*Pavan Kumar*

Pavan Kumar
Operation Manager

Employee Signature: Jagadish Kumar Balusu



**Tekway**

Paving the Way for Technology

Date: June 3 2018

| Time Sheet for the Month of May - 2018 | | | | | | |
|---|---|---|---|---|---|---|
| **Consultant Name:** | | Jagadish Kumar Balusu | | | | |
| **Client** | | AT & T | | | | |
| **Job Posting** | | Application Support-ITRR /Software Developer | | | | |
| **Project / Group:** | | IAM Authentication Capability - CSO FingerprintBio | | | | |
| **From Date** | 5/1/2018 | | **To Date** | | 5/31/2018 | |
| **Date** | **Day** | **Start Time** | **End Time** | **Hours** | **Over Time** | **Notes** |
| 1-May-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 2-May-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 3-May-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 4-May-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 5-May-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 6-May-18 | Saturday | | | | 0 | |
| 7-May-18 | Sunday | | | | 0 | |
| 8-May-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 9-May-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 10-May-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 11-May-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 12-May-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |



| | | | | | | |
|---|---|---|---|---|---|---|
| 13-May-18 | Saturday | | | | 0 | |
| 14-May-18 | Sunday | | | | 0 | |
| 15-May-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 16-May-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 18-May-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 18-May-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 19-May-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 20-May-18 | Saturday | | | | 0 | |
| 21-May-18 | Sunday | | | | 0 | |
| 22-May-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 23-May-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 24-May-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 25-May-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 26-May-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 27-May-18 | Saturday | | | | 0 | |
| 28-May-18 | Sunday | | | | 0 | |
| 29-May-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 30-May-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |



| 31-May-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
|-----------|-----------|---------|---------|---|---|---|
| **Total Hours** | | | | 176 | Hours | |
| **Total # Regular Shifts** | | | | 176 | Hours | |
| **Total # Additional Shifts** | | | | | Hours | |

*Pavan Kumar*

Pavan Kumar
Operation Manager

Employee Signature: Jagadish Kumar Balusu



**Tekway**
Paving the Way for Technology

Date: May 3 2018

| Time Sheet for the Month of April - 2018 | | | | | | |
|---|---|---|---|---|---|---|
| **Consultant Name:** | | | Jagadish Kumar Balusu | | | |
| **Client** | | | AT & T | | | |
| **Job Posting** | | | Application Support-ITRR /Software Developer | | | |
| **Project / Group:** | | | IAM Authentication Capability - CSO FingerprintBio | | | |
| **From Date** | **4/1/2018** | | **To Date** | | **4/30/2018** | |
| **Date** | **Day** | **Start Time** | **End Time** | **Hours** | **Over Time** | **Notes** |
| 1-Apr-18 | Saturday | | | | 0 | |
| 2-Apr-18 | Sunday | | | | 0 | |
| 3-Apr-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 4-Apr-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 5-Apr-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 6-Apr-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 7-Apr-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 8-Apr-18 | Saturday | | | | 0 | |
| 9-Apr-18 | Sunday | | | | 0 | |
| 10-Apr-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 11-Apr-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 12-Apr-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 13-Apr-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |



| | | | | | | |
|---|---|---|---|---|---|---|
| 14-Apr-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 15-Apr-18 | Saturday | | | | 0 | |
| 16-Apr-18 | Sunday | | | | 0 | |
| 18-Apr-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 18-Apr-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 19-Apr-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 20-Apr-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 21-Apr-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 22-Apr-18 | Saturday | | | | 0 | |
| 23-Apr-18 | Sunday | | | | 0 | |
| 24-Apr-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 25-Apr-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 26-Apr-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 27-Apr-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 28-Apr-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 29-Apr-18 | Saturday | | | | 0 | |
| 30-Apr-18 | Sunday | | | | 0 | |
| **Total Hours** | | | | 160 | Hours | |

**Tekway**

Paving the Way for Technology

| Total # Regular Shifts | 160 | Hours | |
|---|---|---|---|
| Total # Additional Shifts | | Hours | |

*Pavan Kumar*

   Pavan Kumar                             Employee Signature: Jagadish Kumar Balusu
Operation Manager



**Tekway**

Paving the Way for Technology

Date: April 3 2018

| Time Sheet for the Month of March - 2018 | | | | | | |
|---|---|---|---|---|---|---|
| **Consultant Name:** | | | Jagadish Kumar Balusu | | | |
| **Client** | | | AT & T | | | |
| **Job Posting** | | | Application Support-ITRR /Software Developer | | | |
| **Project / Group:** | | | IAM Authentication Capability - CSO FingerprintBio | | | |
| **From Date** | **3/1/2018** | | **To Date** | | **3/31/2018** | |
| **Date** | **Day** | **Start Time** | **End Time** | **Hours** | **Over Time** | **Notes** |
| 1-Mar-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 2-Mar-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 3-Mar-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 4-Mar-18 | Saturday | | | | 0 | |
| 5-Mar-18 | Sunday | | | | 0 | |
| 6-Mar-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 7-Mar-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 8-Mar-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 9-Mar-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 10-Mar-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 11-Mar-18 | Saturday | | | | 0 | |
| 12-Mar-18 | Sunday | | | | 0 | |



| | | | | | | |
|---|---|---|---|---|---|---|
| 13-Mar-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 14-Mar-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 15-Mar-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 16-Mar-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 18-Mar-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 18-Mar-18 | Saturday | | | | 0 | |
| 19-Mar-18 | Sunday | | | | 0 | |
| 20-Mar-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 21-Mar-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 22-Mar-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 23-Mar-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 24-Mar-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 25-Mar-18 | Saturday | | | | 0 | |
| 26-Mar-18 | Sunday | | | | 0 | |
| 27-Mar-18 | Monday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 28-Mar-18 | Tuesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 29-Mar-18 | Wednesday | 9:00 AM | 5:00 PM | 8 | 0 | |
| 30-Mar-18 | Thursday | 9:00 AM | 5:00 PM | 8 | 0 | |



| 31-Mar-18 | Friday | 9:00 AM | 5:00 PM | 8 | 0 | |
|-----------|--------|---------|---------|---|---|---|
| **Total Hours** | | | | 184 | Hours | |
| **Total # Regular Shifts** | | | | 184 | Hours | |
| **Total # Additional Shifts** | | | | | Hours | |

*Pavan Kumar*

    Pavan Kumar                                    Employee Signature: Jagadish Kumar Balusu
Operation Manager



**ITINERARY OF SERVICES OF MR. JAGADISH KUMAR BALUSU**

Beneficiary Mr. <u>JAGADISH KUMAR BALUSU</u> is an <u>Tekway INC</u> Full Time Employee. He shall be assigned to work at client location <u>1908 Reston Metro Plaza Apt #1221 Reston, VA-20190</u> . The duration of the project is until <u>October 2020</u> with high probability of further extension(s).

**Client details:**

**Name: <u>AT&T</u>**

Address: 20205 North Creek Pkwy, Bothell, WA 98011
Contact Person: Jann Kelliher
Designation: Associate Director - Technology
Phone: +1(360)344-6147

**Vendor details :**

**Name: <u>PINNACLE GROUP</u>**

Address: 5501 Lyndon B Johnson Freeway, Dallas, TX 75240.
Contact Person: Rebecca Abraham
Designation: Client services lead.
Phone: (214)466-2644.

**Employer details:**

**Name: <u>Tekway INC.</u>**

Address: 4104 Sterling Road, Downers Grove, IL-60515
Contact Person:  Pavan kumar Nallamala
Designation: Operations Manager
Phone: 630-493-9458/9459



Tekway
Paving the Way for Technology



Break-up of percentage and hours worked per week for each job responsibility:

| | Job Duties | Number of Hours in a week | Percentage of time |
|---|---|---|---|
| 1. | Involving in analyzing the business requirements and Functional specifications.<br>• Participates in the review and definition of functional areas, processes and procedures regarding requirements, organization and flow of data, methods and forms.<br>• The system requirements will be approved and sent for the next level approvals.<br>• Provides problem resolution, Communicates and recommends complex business process, procedures and diverse information to resolve customer issues.<br>• Interacting with the system analysts, business users for design & requirement clarifications.<br>• Responsible for Designing and Implementing the Class hierarchy based on the Functional Specifications.<br>• Participating in the Daily review meeting to produce quality deliverables within time. | 5 hours | 13% |
| 2. | Configuring and Development:<br>• Configures the application environment with Tomcat server, Maven and Oracle database server.<br>• Made architectural and design decisions and identifying the frameworks that better fit to the needs of the application.<br>• Based on the system requirements document the code will be enhanced to meet the requirements.<br>• The Java API's has developed, modified and enhanced.<br>• An interface is designed and developed to communicate between the Biometric applications and Fingerprints.<br>• Setup security hardening through configuring SSL x509 connection between  Application on Tomcat server with Oracle database server.<br>• Using Maven to build the applications and deploy it to the tomcat server.<br>• Written scripts for the application Specify  environment setup deployment .<br>• Written scripts for the monitoring application to ensure minimal downtime.<br>• Load balancing  on Web application server clusters.<br>• Used AT&T one ticketing system for tracking the defects in production environment.<br>• Resolves technical issues through debugging, research and | 16 hours | 40% |

**Tekway**
Paving the Way for Technology

| | | | |
|---|---|---|---|
| | investigation. | | |
| 3. | Testing the Biometrics Application Interface:<br>• Based on the Design and Flow of the application testing cases has been written and implemented the testing.<br>• Executed Sql queries to make sure the data availability and data source connection. | 4 hours | 10% |
| 4. | Application environment support for all stakeholders<br>• On call support for Production, Deployment activities, issue tracking on application logs and raising a report to fix it .<br>• Providing support during a release deployment.<br>• Proactively monitor and maintain the IT environment and react to unplanned events as they arise.<br>• Provides systems and programming support to functional areas<br>• Responsible for Change Requests Implementation and bug fixing for internal and customer reported defects.<br>• Periodically review the MOTS application associated to our resource and ensure its accuracy. | 15 hours | 37% |
| | **In Progress:**<br>• Migrating both FBIO and VBIO applications to New web servers with high configuration.<br>• Enhancing the Finger Biometrics application for faster response.<br>**In Planning:**<br>• Update the Database with the New Samples.<br>• Updating the FBIO code with the new requirements and configuring new servers, and deploying the application on them.<br>• Load balancing the Servers so that it can increase the capacity and reliability of the application. | | |

Yours sincerely,

X  *jagadish kumar*

Employee Name


X

Employer Name

# PINNACLE GROUP
## WORKFORCE SOLUTIONS PROVIDER

March 13, 2018

To Whom It May Concern:

Pinnacle Technical Resources, Inc. is utilizing the services of Jagadish Balusu, through a contractual relationship with his employer, Tekway, Inc. Jagadish Balusu is providing application development consulting services to our client, AT&T. The work is being performed at the client site.  Jagadish Balusu will be engaged with appropriate experience and educational background.

A signed "Master Consulting Services Agreement" between Pinnacle Technical Resources, Inc. and AT&T cannot be provided because of the "Confidentiality and Non-disclosure Information" section of the Agreement.  However, we, Pinnacle, do substantiate that our Agreement with our client is long term. Jagadish Balusu will continue to provide the services on a long term, ongoing basis to our client with an option to extend, at their worksite.

During this contract and at all times, Pinnacle and AT&T are not responsible for Jagadish Balusu's employment, salary, benefits, and training needed to perform his job duties at our client site.  All day-to-day activities will be controlled by his employer, Tekway, Inc., along with any discretionary decision making, such has hiring and firing and performance evaluations.

Should you have any questions, please feel free to contact Pinnacle directly.

Sincerely,

Todd Green, SPHR
Supply Chain Manager



**Shirley Delia**
**Supplier Liaison**
**Human Resources**
**1 AT&T Way**
**Bedminster, NJ 07921**
**908-234-3681**

March 12, 2018

To Whom It May Concern:

Jagadish Kumar Balusu has been assigned by their employer to perform services for AT&T at its facilities located at 1908 Reston Metro Plaza, Apt #1221, Reston, VA 20190 pursuant to a contract between AT&T Services Inc., and Pinnacle Technical Resources.

Jagadish Kumar Balusu provides services by arrangements between the employer of Jagadish Kumar Balusu, Tekway, Inc., and Pinnacle Technical Resources.

The terms and conditions of the contract between AT&T Services, Inc., and Pinnacle are confidential.  Jagadish Kumar Balusu is currently scheduled to provide services to AT&T through December 27, 2019, with a possibility of extension in accordance with the terms of the applicable contract(s).

Jagadish Kumar Balusu's responsibilities include, but are not limited to:
- Participates in the review and definition of functional areas, processes and procedures regarding requirements, organization and flow of data, methods and forms.
- Provides problem resolution; Communicates and recommends complex business process, procedures and diverse information to resolve customer issues.
- Provides systems and programming support to functional areas.
- Provides knowledge transfer and supports users on installed software.

Jagadish Kumar Balusu's employer, Tekway, Inc., not AT&T Services or its affiliates, provides them with compensation, has the authority to assign them to perform services for one or another of its customers, has control of its employees and is responsible for payment of salaries, administration of benefits and payment of taxes on behalf of its employees for the duration of their employment with it.

Should you have any questions, please feel free to contact me.

Sincerely,

*Shirley Delia*

Shirley Delia





**CHAKRADHAR MADALA**
ORACLE DEVELOPER

**LAKSHMI SUNANDA ALLURI**
ORACLE DEVELOPER

**SRAVYA KANDUKURI**
ORACLE DEVELOPER

**PAVAN KUMAR VEERAVALLI**
ORACLE DEVELOPER

**KRISHNA SANDEEP CHANDURI**
ORACLE DEVELOPER

November 13, 2018

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590

**U.S. Citizenship
and Immigration
Services**

TEKWAY INC
c/o PAVAN KUMAR PRESIDENT
4104 STERLING RD
DOWNERS GROVE, IL 60515

WAC1815050083

Form I-129, Petition for a Nonimmigrant Worker

A140-099-479

## DECISION

On April 12, 2018, your organization, TEKWAY INC, filed a Petition for a Nonimmigrant Worker (Form I-129), with U.S. Citizenship and Immigration Services (USCIS), seeking to classify BALUSU, JAGADISH KUMAR (beneficiary) as a temporary worker in a specialty occupation (H-1B) under section 101(a)(15)(H)(i)(b) of the Immigration and Nationality Act (INA).

INA § 101(a)(15)(H)(i)(b) provides, in part, for the classification of a qualified nonimmigrant:

> ...who is coming temporarily to the United States to perform services...in a specialty occupation described in section 214(i)(1)..., who meets the requirements for the occupation specified in section 214(i)(2)..., and with respect to whom the Secretary of Labor determines and certifies...that the intending employer has filed with the Secretary an application under section 212(n)(1).

You seek new employment for the beneficiary and requested that USCIS change the beneficiary's status.

You stated on the Form I-129 that you are software development and information technology business with 10 employees. You seek to employ the beneficiary as an Application Support - ITRR from October 1, 2018 to August 22, 2021.

USCIS reviewed the initial record of evidence for eligibility in accordance with the INA and Title 8, Code of Federal Regulations (8 CFR) and could not determine whether you had established eligibility for the benefit sought. Accordingly, USCIS issued a Request for Evidence (RFE) on July 9, 2018. On September 24, 2018, you submitted a response.

After careful review and consideration of the entire record, based on a preponderance of the evidence, the petition will be denied for the reasons discussed below.

### No Employer-Employee Relationship

The issue to be discussed is whether you have established that you have an employer-employee

relationship with the beneficiary.

8 CFR § 214.2(h)(4)(ii) defines the term "United States employer" as follows:

> United States employer means a person, firm, corporation, contractor, or other association, or organization in the United States which:
>
> > (1) Engages a person to work within the United States;
> >
> > (2) Has an employer-employee relationship with respect to employees under this part, as indicated by the fact that it may hire, pay, fire, supervise, or otherwise control the work of any such employee; and
> >
> > (3) Has an Internal Revenue Service Tax identification number.

Neither the legacy Immigration and Naturalization Service (INS) nor USCIS has defined the terms "employee," "employed," "employment," or "employer-employee relationship" by regulation for purposes of the H-1B visa classification, even though the regulation describes H-1B beneficiaries as "employees" who must have an "employer-employee relationship" with a U.S. employer. Therefore, for purposes of the H-1B visa classification, these terms are undefined.

Thus, in considering whether or not one is an "employee" in an "employer-employee relationship" with a "United States employer" for purposes of H-1B nonimmigrant petitions, USCIS focuses on the common-law touchstone of "control." *See* 8 CFR § 214.2(h)(4)(ii)(2) defining a "United States employer" as one who "has an employer-employee relationship with respect to employees under this part, as indicated by the fact that it may hire, pay, fire, supervise, or otherwise **control** the work of any such employee . . . ." (Emphasis added)

You are supplier of software development and information technology business which, it appears, does not produce any software products of your own but rather contracts with numerous outside companies in order to supply these companies with employees to fulfill specific staffing needs or complete service contracts.

The proposed duties at the time the petition was filed indicate that, although you will act as the beneficiary's employer, you intend to place the beneficiary at work location(s) pursuant to consulting agreements with third-party end clients or users.

Subsequently, you were requested to provide additional evidence to establish that a valid employer-employee relationship will exist between you and the beneficiary, and that you have the right to control when, where, and how the beneficiary performs the work at the end-clients' location, including the ability to hire, fire, and supervise the beneficiary through the duration of the requested H-1B validity period.

USCIS provided a non-exhaustive list of items that could be used to satisfy the employer-employee relationship requirement. USCIS also informed you what the evidence should describe to determine if you have a sufficient level of control over the employee placed at a third-party location.

Subsequent to your response, the record contains the following documents regarding the employer-employee relationship:

- Itinerary of services or engagements;

Scanned with CamScanner

- A letter of support from Pavan Kumar, Project Manager, Operations at Tekway, Incorporated;
- Copy of an Employment Contract;
- Copy of an Employment Offer letter;
- A letter of support from odd Green, SPHR, Supply Chain Manager at Pinnacle Group;
- A letter of support from Shirley Delia at AT&T;
- Copy of a Supplier Subcontracting Agreement (Staffing) between you and the authorized officials at Pinnacle Group;
- Coy of Associate Handbook;
- Copy of Project Status Reports for the beneficiary;
- Copy of beneficiary's earning statements;
- Copy of AT&T Employee badge for the beneficiary;
- Copy of a Candidate Evaluation Form;
- Copy of time sheets for the beneficiary;
- Copy of corporate financial statements; and
- Copy of the organizational chart.

The record has been reviewed in its entirety to establish whether you have the right to control the beneficiary's employment at the third-party end client and it has been determined that you have not met the employer-employee relationship test for the following reasons:

You stated that the beneficiary will work in Reston, Virginia at a client named, AT&T. The initial filing indicated that you intend to employ the beneficiary as an Application Support - ITRR. However, you did not provide copies of any purchase orders, work orders or statements of work between you, the middle-vendor, and the end-client. USCIS had requested that you provide evidence to establish your right to control over the beneficiary. In particular, you were requested to provide a contract for services, work order, and statement of work for the beneficiary to provide services to AT&T. The evidence is insufficient to establish that a valid employer-employee relationship will exist for the duration of the requested validity period.

USCIS notes that the evidence of record reflects a relationship between you and AT&T has begun in the past via the Supplier Subcontracting Agreement (Staffing) between you and Pinnacle Group and accompanying evidences. Also, AT&T states it is prevented from providing such documents due to a "Confidentiality and Non-disclosure" agreement currently in place. However, there is no evidence of a current contract, purchase order, work order, or statement of work between Pinnacle Group and AT&T, where the work will actually be performed by the beneficiary, to validate the beneficiary's employment, and validate you as the beneficiary's employer at its facility. As such, you have not shown how you intended to exercise your right to control while the beneficiary is assigned to the end-client, or that there will be specialty occupation work for the beneficiary for the duration of the requested validity period.

You must submit substantiating evidence such as a services agreement along with a work order, a purchase order, or a statement of work that states the location where the beneficiary will work, describe in detail the duties the beneficiary will perform, list the requested validity periods the beneficiary will provide services, and the qualifications necessary to perform the assigned job duties. The emails submitted between the beneficiary and end-client employees do not include you and indicate the beneficiary is taking direction from the end-client. Your organization chart shows 25 employees reporting to Pavan Kumar, who you state will remotely supervise the beneficiary's work, but you did not sufficiently explain how this will be done. As you have not presented sufficient evidence, the present record does not sufficiently demonstrate:

- The skill required to perform the specialty occupation;

Scanned with CamScanner

- Whether you have the right to assign additional work to the beneficiary while he is performing services for AT&T at their place of business;
- Whether you can fire the beneficiary or set rules and regulations on the work the beneficiary will be performing for AT&T;
- Whether, and if so, to what extent you will supervise the beneficiary's work while he is performing services for AT&T;
- Availability of specialty occupation work; and
- Whether the beneficiary reports to someone higher in your organization.

Without further evidence to support the existence of a valid project at your office, USCIS cannot determine that you will be able to provide work for the beneficiary, and the manner in which you intend to control the beneficiary's work and day-to-day activities. While you and AT&T are both on record by way of currently dated letters of support alluding to a working relationship, the working relationship has not been contractually documented.

Therefore, you have not established that you will be a "United States employer" having an "employer-employee relationship" with the beneficiary as an H-1B temporary "employee."

The burden of proof to establish eligibility for the benefit request rests with you. Here, that burden has not been met.

Consequently, the petition is denied for the above stated reason.

If you disagree with this decision, you may appeal to the Administrative Appeals Office (AAO) by filing a Notice of Appeal or Motion (Form I-290B) within 30 days (33 days if by mail) of the date of this decision. Alternatively, you may use Form I-290B to submit a motion to reopen or reconsider. For the latest information on filing location, fee, and other requirements, please review the Form I-290B instructions at http://www.uscis.gov/forms, call our USCIS Contact Center at 1-800-375-5283 or visit your local USCIS office.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at http://www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

Sincerely,

Kathy A. Baran
Director, California Service Center

Scanned with CamScanner