**University of Maryland University College**

*The Graduate School*
*Cybersecurity & Information Assurance Department*

United States Department of Homeland Security
Citizenship & Immigration Services

August 15, 2018

Re: Academic Degree Requirements for the position of Application Support-ITRR for Tekway, Inc. and classification of the position as an Entry-Level USCIS Specialty Occupation, evaluation of the academic credentials of Mr. Vinaykumar Swarna, and suitability of Mr. Swarna for the position.

To Whom It May Concern:

I have been asked to evaluate the professional position of Application Support-ITRR for Tekway, Inc., and the suitability of Mr. Swarna for the position based on his academic credentials.

Regarding my educational background and qualifications, I have received a Bachelor of Science in Finance from Touro College, a Master of Science in Internal Auditing and Management from City University, a Master of Science in Information and Telecommunication Systems for Business from Johns Hopkins University, as well as a Ph.D. in Management, Information Systems and Electronic Commerce from City University. I have over thirty years of work, consulting, and research experience in the field of information systems development, including technology project implementations for Fortune 1000 companies and international corporations. I have also served as Research Assistant Professor of Computer Science at Johns Hopkins University among other appointments. My leadership and technology research has been well supported. My research in information technology, computer science, information systems, cloud computing, data science, and other areas has been supported by grants from the United States Department of Defense, the US-Israel Science and Technology Foundation, and other organizations. My opinions have been accepted as authoritative in numerous instances, including serving as a consultant and/or research collaborator for: Microsoft Corporation, Lucent Technologies, L3 Technologies, TATA Interactive Group, Boeing Corporation, and other leading technology firms, as well as for corporations such as Bank of America and Bank of China, and for the National Security Agency, the Department of Defense, and the Department of Homeland Security. Since 2013, I have served in the role of Senior Technical Auditor at T. Rowe Price, in which I serve an authority on the cybersecurity needs for the company. Additionally, my opinions regarding employment position requirements and industry standards have been accepted by United States Citizen and Immigration Services (USCIS) in hundreds of instances. I have published numerous journal articles, conference proceedings, technical reports, editorials, a book and book chapter as well as presented talks on information security, information technology, and related topics. Also, I have served on the Editorial Boards for several professional journals, as well as on the Program Committees for numerous professional conferences. My current research interests include: advanced software engineering, emerging technologies, business intelligence, cybersecurity, cloud computing and related areas.

*1616 McCormick Drive, Largo, MD 20774 USA*
*240-684-2400 · Fax240-684-2401 · www.umuc.edu/grad*

Currently, I am a Senior Technical Auditor for T. Rowe Price providing subject matter expertise services in cybersecurity to various departments within the organization. I also serve as a Full Adjunct Professor of Cyber Security at the University of Maryland-University College. I teach the final capstone course involving a unique simulation and modeling component in the Master of Science in Cyber Security Program. In the past, I have taught graduate and undergraduate courses in Internet Applications, Management Information Systems, and related subjects. Our university offers Bachelor's degree programs in different areas of Information Technology as well as a Master of Business Administration (M.B.A.) degree program, the requirements for which I am thoroughly familiar with as a member of the university faculty. I have had the opportunity over the years to become familiar with the qualifications required to attain the position of Application Support-ITRR and similar professional positions, and the specialized and unique needs of the companies that recruit graduates for this position. For these reasons, I am eminently qualified to render the following professional opinion.

## Overview of Application Support-ITRR Position

Established in 2005, Tekway Inc. is an IT services and resources provider that uses internal staff, outside consulting resources, and project outsourcing in order to meet the technology goals of their clients. The company seeks to combine their technology and domain expertise with their focus on business to provide their clients with the best solution for their IT needs. Currently, Tekway, Inc. requires the services of an Application Support-ITRR to perform various specialized duties that will help ensure the company's continued success as it expands.

It is apparent that an Application Support-ITRR with the specific duties listed below would be considered an entry-level professional position and would normally be filled by a graduate with a minimum of a Bachelor's Degree in Information Systems, Information Technology, or a related area. The Application Support-ITRR for Tekway, Inc. will be supervised by a Senior Software Developer and will be responsible for the following duties:

- **Analyzing the business requirements and functional specifications (10%);**
- Gathering the system requirements;
- Interacting with the other teams about finalizing and clarifying the requirements, the systems requirements will be approved and sent for the next level approvals;
- Participating in daily review meetings to meet the quality deliverables within the time frame;

- **Designing and implementing of Biometrics application (45%);**
- Documenting the code based on the system requirements and enhancing it to meet the requirements;
- Developing, modifying, and enhancing the JAVA APIs;
- Designing and developing an interface to communicate between the Biometric applications and voice tone;
- Using HTTP for communications between the applications and application interface, using subversion for source code management tool;

- **Testing the Biometrics (10%);**
- o Executing SQL queries to ensure the data availability and data source connection;

- **Providing Production Support (35%);**
- o Developing a roll back plan to use in case of issues;
- o Coordinating the test and production deployments and resolving the issues during the deployments;
- o Providing the weekend supports for system upgrades and providing system upgrades and providing technical support for back outs;
- o Providing support to address the WebSphere and Window server issues;
- o Providing the Tier One support for the users;
- o Managing the users, administrators, and application/ mechanized accounts in the resource and ensuring the appropriate level of access according to the security policy and requirement;
- o Reviewing the MOTS application associated to the resource and ensure its accuracy;
- o Managing the content of our resource in accordance with the organization records and information management (RIM); and
- o Being involved in on-call application product support.

## Application Support-ITRR Position as a Specialty Occupation

When evaluating the minimum degree requirement for a certain employment position, the nature of the specific responsibilities must be closely examined along with the position title to ascertain the true nature of the academic requirements. After examining the responsibilities of the Application Support-ITRR position in detail, it is apparent that a minimum of a Bachelor's Degree in Information Systems, Information Technology, or a related area, or the equivalent provides the student with the core competencies and skills needed for an Application Support-ITRR position with the responsibilities listed above. This is because the nature of these specific responsibilities and knowledge is so specialized and complex that knowledge required to perform these duties is usually gained through the attainment of a Bachelor's Degree in one of these fields. A student completing a Bachelor's Degree in Information Systems, Information Technology, or a related area studies and obtains knowledge of the various theories and methods that are necessary for performing these daily tasks of an Application Support-ITRR for Tekway, Inc. Courses required by an Information Systems or Information Technology major, such as those in Computer Programming, Information Systems, Data Communication and Networking, Data Management, Business Intelligence, Control Systems, IT Project Management, Information Security, Database Theory, Information Technology, directly correspond to and prepare the student for the specific responsibilities of the position. The student completing such a degree is also required to demonstrate, through rigorous testing and challenging case studies, knowledge of various theories and methods that are necessary to perform these tasks. Furthermore, this type of position is a typical job placement for students completing a Bachelor's Degree at our school. Employers with openings for Application Support-ITRRs and similar professional positions have recruited at our campus, always seeking graduates with the minimum of a Bachelor's Degree.

In more detail, duties such as analyzing the business requirements and functional specifications could only be performed competently by a candidate with at least a Bachelor's Degree in Information Systems, Information Technology, or a related area. In a Business Intelligence course taken by an Information Technology or Information Systems major, the student receives training in the use of information technologies in the business/organizational contexts, covering such topics as data collection and analysis, performance evaluations, and policy strategy and planning, which is necessary for designing and implementing of Biometrics application and designing and developing an interface to communicate between the Biometric applications and voice tone. Further, the necessary background knowledge in executing SQL queries to ensure the data availability and data source connection is gained by the Information Technology or Information Systems student through his/her completion of a Data Communication and Networking course. Moreover, a course in IT Project Management required in many Information Technology and Information Systems degree programs will prepare the student for the responsibility of managing the users, administrators, and application/ mechanized accounts in the resource and ensuring the appropriate level of access according to the security policy and requirement. Clearly, a candidate must have completed course work and training in Information Systems, Information Technology, or a related area at the undergraduate level at a minimum to competently handle the duties required by the Application Support-ITRR position.

In addition, after comparing the responsibilities of this Application Support-ITRR position to existing job categories as defined by the Occupational Outlook Handbook 2017-2018 Edition (OOH) published by the United States Department of Labor/Employment and Training Administration (USDOL/ETA)[1], it is clear that this position should be classified as a "Software Developers" occupation. The OOH classification for Software Developers indicates that individuals in these types of positions are responsible for such duties as analyzing users' needs and then design, test, and develop software to meet those needs, recommending software upgrades for customers' existing programs and systems, designing each piece of an application or system and plan how the pieces will work together, creating a variety of models and diagrams (such as flowcharts) that show programmers the software code needed for an application, ensuring that a program continues to function normally through software maintenance and testing, documenting every aspect of an application or system as a reference for future maintenance and upgrades, and collaborating with other computer specialists to create optimum software. Upon comparing the duties performed by the Application Support-ITRR for Tekway, Inc. with the duties generally performed by Software Developers, it is apparent that the Application Support-ITRR's duties are typical of a Software Developers and clearly correspond to the duties listed under the category of Software Developers in the OOH. It is noted in OOH that the entry level education for a Software Developers is a Bachelor's Degree, and that most have a Bachelor's Degree in a computer-related field.

Similarly, in consulting another respected resource, the O*NET[2] classification for Software Developers, Applications indicates that individuals in these types of positions are responsible for such duties as modifying existing software to correct errors, allowing it to adapt to new hardware, or to improve its performance; analyzing user needs and software requirements

---

[1] https://www.bls.gov/ooh/Computer-and-Information-Technology/Software-developers.htm
[2] https://www.onetonline.org/link/summary/15-1132.00

to determine feasibility of design within time and cost constraints; conferring with systems analysts, engineers, programmers and others to design system and to obtain information on project limitations and capabilities, performance requirements and interfaces; storing, retrieving, and manipulating data for analysis of system capabilities and requirements; designing, developing and modifying software systems, using scientific analysis and mathematical models to predict and measure outcome and consequences of design; developing and directing software system testing and validation procedures; programing, and documentation; supervising the work of programmers, technologists and technicians and other engineering and scientific personnel; determining system performance standards; coordinating software system installation and monitoring equipment functioning to ensure specifications are met; consulting with customers about software system design and maintenance; and analyzing information to determine, recommend, and plan computer specifications and layouts, and peripheral equipment modifications. Upon reviewing the duties generally performed by Software Developers, Applications according to O*NET, it is apparent the Application Support-ITRR for Tekway, Inc. shares many of the same duties and falls under this occupational category.  Additionally, O*NET states that most Software Developers, Applications positions require a four year Bachelor's Degree, and knowledge and skills in computers and electronics, engineering and technology, and related areas.

While the OOH and O*NET statements regarding the entry level education for a Software Developers, Applications appear to leave the possibility open for a minority of Software Developers, Applications positions to require less than a Bachelor's Degree, the Application Support-ITRR at Tekway, Inc. would clearly be among the majority of Software Developers, Applications positions which would absolutely require Bachelor's-level preparation at a minimum.  As an IT services and resources, Tekway, Inc. has extremely complex and extensive IT needs. The entire operations of the company depend on the expertise of the Software Developers, Applications to keep systems functional and optimized.  As such, Tekway, Inc. is among the employers that cannot afford to hire a candidate without at least a Bachelor's Degree to safeguard its systems.  Therefore, Tekway, Inc. would naturally seek out only a Software Developers, Applications for a position such as Application Support-ITRR among the majority of such professionals as described by OOH and O*NET who hold a Bachelor's Degree.

Having reviewed the position in detail, it is my opinion that these duties are specialized and require the theoretical and practical application of a body of highly specialized knowledge. Moreover, the duties as described are that of a Specialty Occupation as I understand the term as defined by the United States Citizenship and Immigration Services, which requires the attainment of a minimum of a Bachelor's Degree in a specific specialty.

## Application Support-ITRR Position as an Entry-Level Occupation

A close analysis of the company structure of Tekway, Inc. and the specific responsibilities of the offered Application Support-ITRR position indicates that this position falls into a distinct category of employment positions that involve both tasks which require Bachelor's Degree preparation as detailed above, while at the same time are properly classified as only entry-level. The specific functions of the Application Support-ITRR involve the application of

Page: 5 of 9

specialized knowledge obtained during undergraduate study, yet it is important to note that the position requires limited, if any, exercise of judgement. The Application Support-ITRR at this point in his or her career will perform routine technical tasks as specifically instructed by supervisors. The Application Support-ITRR will not exercise any judgement regarding which programming approach to apply to the real-world programming solutions required by the company's clients; this advanced role is handled only by higher level professionals in non-entry level positions within the company. For example, only a more experienced Application Support-ITRR, such as a Senior Software Developer, would be involved in the critical discretionary decision-making regarding which tasks need to be performed to create the needed result and to achieve the best solution for the client. It is clear that the tasks that the Application Support-ITRR performs are specialized, however these job duties are associated with an entry-level Application Support-ITRR since they are routine tasks that involve following specific technical instructions, procedures, and methodologies.

The Application Support-ITRR for Tekway, Inc. is closely supervised by a Senior Software Developer, on a daily and weekly basis, to ensure that the specific instructions for required tasks are executed properly. The Application Support-ITRR receives significant level of oversight as required for someone relatively new to the profession; this includes being given specific guidance and instruction for all tasks to be completed. The Application Support-ITRR spends time performing custom application development according to exact guidelines clearly delineated by the Senior Software Developer. An individual in this senior position establishes documented deployment steps to be followed by the lower-level Application Support-ITRR. The Senior Software Developer also trains the Application Support-ITRR in prioritizing issues. This is consistent with a typical entry-level role in which the employee is closely monitored and needs to gain further experience before being able to exercise judgment regarding resource allocation and prioritization.

It is common for Information Technology (IT) roles such as the Application Support-ITRR for Tekway, Inc. to begin their careers handling more generic IT duties such as independently performing assigned programming work, which they can complete without support given their completion of university studies. After an initial period of entry-level work experience, however, an IT role such as the Application Support-ITRR for Tekway, Inc. will have gained valuable, specialized expertise in developing customized information systems and only then can start to make decisions about determining project specifications and goals. The Application Support-ITRR starting out his/her career will usually transition from engaging in routine programming activities to generating software development plans for others to follow after progressing from the initial entry-level role.

Further, throughout the course of completing a Bachelor's Degree in a computer or related technical field, the student's experience actually mirrors, and provides a strong foundation for, the software development lifecycle in which he or she will be immersed during an entry-level employment position following graduation from the Bachelor's program. The primary components of the software development lifecycle include requirements gathering, designing, coding, testing, debugging, and deployment. The job duties of an entry level Application Support-ITRR typically involve following the predetermined guidelines and technical methodologies of the software development lifecycle. Similarly, the student completing

Page: 6 of 9

an IT-related Bachelor's program first receives specific instructions from the instructor regarding what actions to take in certain scenarios, proceeds to execute those actions during programming and coding utilizing the programming languages and algorithms that they have studied in class, and then the instructor reviews the code generated and grades the student based on their proper application of the obtained knowledge. Ultimately, the ability to perform assigned programming tasks under supervision, a primary characteristic of an entry-level position, is gained specifically by a graduate of a Bachelor's Degree in a computer- or related technical field.

## Industry Standard for Application Support-ITRR Position

Additionally, it is standard for a company such as Tekway, Inc. to hire an entry-level Application Support-ITRR and require that individual to have attained at least a Bachelor's Degree in Information Systems, Information Technology, or a related area. It is typical for IT services and resources to hire an Application Support-ITRR or someone in a similar professional position who has recently graduated from a Bachelor's Degree program in Information Systems, Information Technology, or a related area. The success of Tekway, Inc., as of similarly situated companies, is largely dependent on the ability and expertise of an Application Support-ITRR and other professionals, as the specialized duties of these individuals directly and indirectly affect the company's operations, revenues and profits, and ultimately the overall success of the company. Therefore, the industry standard for a position such as Application Support-ITRR for Tekway, Inc. is to be filled through recruiting a recent college graduate with the minimum of a Bachelor's Degree in Information Systems, Information Technology, or a related area, or the equivalent.

Further, the prevalence of a Software Developers, Applications within companies like Tekway, Inc. which are engaged in Computer Systems Design and related services is significant, as according to data from the OOH, individuals employed in such occupations within that industry stood at approximately 418,700 in 2016 and is projected to reach 159,400 in 2026, growing at a rate of 43.4%.[3] This figure demonstrates that a position such as the Application Support-ITRR being offered by Tekway, Inc. is common within its industry sector, and increasingly essential.

## Summary of the Position of Application Support-ITRR for Tekway, Inc.

In summary, in the matter of the employment position of Application Support-ITRR offered by Tekway, Inc., it is my professional and experienced opinion that the described job duties are of an entry-level professional nature and require preparation at the Bachelor's Degree level in Information Systems, Information Technology, or a related area at a minimum. The USCIS defines one of the standards for a Specialty Occupation as a position that requires a Baccalaureate or higher degree or its equivalent for the particular position. It is my opinion that this Application Support-ITRR position meets this requirement and qualifies as a USCIS Specialty Occupation, and that this position qualifies as an entry-level position.

---

[3] https://data.bls.gov/projections/nationalMatrix?queryParams=15-1132-729&ioType=o

## Evaluation of Academic Credentials of Mr. Swarna

The following evaluation reflects the academic credentials attained by Mr. Vinaykumar Swarna during the course of his academic studies. An analysis of Mr. Swarna's attainment of a Master of Science in Information Systems Technologies - Information Assurance from Wilmington University forms the basis for the following evaluation.

### ACADEMICS

- Wilmington University is an accredited institute of higher learning in the United States.

Wilmington University's Master of Science in Information Systems Technologies - Information Assurance program requires graduation from Bachelor's-level studies and competitive entrance examinations for admission and enrollment. Mr. Swarna completed all qualifying academic course work subsequent to his enrollment in the institute. In May 2016, he completed examinations and was awarded a Master of Science in Information Systems Technologies - Information Assurance. In addition to having completed his course work in general studies, Mr. Swarna has fulfilled the requirements in his area of concentration, Information Systems Technologies - Information Assurance, and has earned a Master of Science in Information Systems Technologies - Information Assurance from the institute.

Having reviewed Mr. Swarna's academic history, it becomes apparent that Mr. Swarna has satisfied requirements leading to a Master's Degree program at an accredited institution of higher education in the United States.

### SUMMARY

On the basis of the credibility of Wilmington University, the number of years of course work, the nature of the course work, and related areas, Mr. Swarna has attained a Master of Science in Information Systems Technologies – Information Assurance from an accredited institution of higher education in the United States.

## Suitability of Mr. Swarna for the Application Support-ITRR Position

Having reviewed the responsibilities required by the Application Support-ITRR position and the academic credentials of Mr. Swarna in detail, it is my expert opinion that Mr. Swarna's background has clearly prepared him for the position of Application Support-ITRR for Tekway, Inc.. This is because the knowledge attained by Mr. Swarna during the course of his academic studies directly corresponds to, and is a necessary requirement for, the specific duties of the position. As detailed above, the Application Support-ITRR position is an entry-level specialty occupation that requires a Bachelor's Degree in Information Systems, Information Technology, or a related area, or the equivalent. It is my opinion that this Application Support-ITRR position

meets this requirement and qualifies as a USCIS Specialty Occupation, and that this position qualifies as an entry-level position. Further, Mr. Swarna has exceeded that requirement by attaining a Master of Science in Information Systems Technologies - Information Assurance from an accredited institution of higher education in the United States based upon his extensive academic background. For these reasons, Mr. Swarna is eminently qualified for this entry-level, specialty occupation Application Support-ITRR position, and I therefore strongly encourage the endorsement of the H-1B visa application filed by Tekway, Inc. on behalf of Mr. Swarna.


Sincerely,

Michael K Lavine

Dr. Michael K. Lavine
Adjunct Professor
The Graduate School - Cybersecurity & Information Assurance Department

# DR. MICHAEL KEITH LAVINE
E-Mail: mlavine@gmail.com

## CAREER SUMMARY

Senior IT professional with over 25 years of work, consulting and research experience in information systems development and technology project implementations for Fortune 1000 companies, international corporations and medium-size regional organizations. A proven expert in the IT industry with current real-world experience leading large and medium technical teams. Previously, a Research Assistant Professor in Computer Science at the Whiting School of Engineering at Johns Hopkins University. At present, a Full Adjunct Professor of Cyber Security at the University of Maryland – University College.

Extensive Expertise in: System Development, System Engineering, Enterprise Architecture, Communication Systems, Cloud Computing, Cyber Security, E-Commerce Systems, Data Science, Computer Networks and Protocols, Human Computer Interaction, Mobile Technologies, Computer Forensics, Computer Hardware, Information Assurance, and Web Usability.

Prior Consulting and Grant Collaboration with: Microsoft Corporation, Lucent Technologies, NICE Systems, Boeing Corporation, L3 Communications, Bank of America, Bank of China, CP Ships, SiRRAN Corporation, Learning Tree Corporation, Carlson Wagonlit, C. Mer Corporation, Phoenix Vessel Services, National Security Agency, Department of Defense, Department of Homeland Security, LifeBridge Health System, and various International Law Firms.

Enterprise Systems: SAP, PeopleSoft, Oracle Financials, Salesforce and Workday.

Database Systems: Microsoft SQL Server, MySQL, Oracle, DB2, and Sybase.

Programming, Markup and Scripting Languages: Java, Python, Perl, PHP, C#, C++, COBOL, HTML, Visual Basic, XML, and Windows PowerShell.

Operating Systems: Windows, UNIX (e.g. AIX, Solaris, HP-UX), LINUX, OS/400, z/OS, and MVS.

Business Intelligence and Data Analytics: Microstrategy, Tableau, Qlick, SPSS, IDEA, and ACL.

Office Automation: MS-Office Suite, Office 365, Visio, MetricStream, and Lotus Notes.

## EDUCATION

**Ph.D.** **City University, Cass Business School, London, England, March 2007**
**Major: Management**
**Minors: Information Systems and Electronic Commerce**
Doctoral Program Ranking: 24th Globally by the Financial Times in 2007/2008
Research Project: Cyber Security Information Sharing in the United States: An
Empirical Study Including Risk Management and Control Implications 2000-2003
Dissertation Advisor: Professor Georges M. Selim

**M.S.** **Johns Hopkins University, Baltimore, Maryland, May 1999**
**Information and Telecommunication Systems for Business**
Concentration: Telecommunication Systems
Thesis Project: "Security and Trust Issues in Electronic Commerce"

1

MSc.   **City University, Business School, London, England, February 1997**
       **Internal Auditing and Management**
       Thesis Project: "Implementing, Controlling and Auditing SAP R/3"

B.S.   **Touro College, New York, New York, May 1988**
       **Finance** - Magna Cum Laude and Departmental Honors
       Additional Coursework: 30 credit hours of undergraduate Accounting courses

## ACADEMIC EXPERIENCE

9/12 to Present              **University of Maryland - University College**
6/99 to 8/05                Adelphi, Maryland

**Adjunct (Full) Professor** – Currently, I am teaching the final capstone simulation and modeling online course in the MS in Cyber Security Program. Previously, taught graduate and undergraduate online courses in Internet Applications, Electronic Commerce, Management Information Systems, Accounting Information Systems and Auditing.

9/11 – 6/12                 **Johns Hopkins University – Information Security Institute**
                            **Department of Computer Science, Whiting School of Engineering**
                            **Carey Business School, Senior Professional Instructor**
                            Baltimore, Maryland

**Research Assistant Professor**                          7/10 – 6/12
**Lecturer**                                              7/09 – 6/10
**Adjunct Professor**                                     7/05 – 6/09

Provided classroom instruction for the Advanced Computer Forensics, Computer Forensics and Information Assurance Policy courses in the specialized Masters of Science in Security Informatics (MSSI) degree program. Pursued various government and non-government research grant opportunities. Developed a new course in Computer Forensics and work with industry practitioners to collaborate on an interactive laboratory. Supervise various MSSI research projects in a wide range of technical and policy domains. Also, provided classroom instruction for the following MBA courses: Information Systems, Information Systems Financial Management, Technology Management and Outsourcing, Organizational Behavior, Social Entrepreneurship and Auditing.

August 2005 to Summer 2010   **University of Maryland – R.H. Smith School of Business**
                             College Park, Maryland

**Lecturer**
Taught the undergraduate Accounting Information Systems (BMGT326) course (3-4 sections per semester) in addition to Auditing and Financial Accounting courses. Also, taught an MBA elective, Information Technology and Corporate Transformation in the Fall 2005 semester. Developed two preliminary course syllabi for the new Executive Masters of Science (EMS) program.

October 1999 to June 2011    **City University – Cass Business School**
                             London, England

**Visiting Lecturer – Faculty of Management**                          10 /99 – 6/11
**Associate Researcher – Centre for Research in Corporate Governance**  4/07 – 6/11

2

11

**Advisory Board Member – Centre for Internal Auditing**                     11/04 – 6/10
Provided classroom instruction for the Auditing Information Systems, Control and Auditing Systems, Operational Auditing, Corporate Governance, Audit Practice, and Concepts of Control post-graduate courses on the China EMBA, MSc. in Management and MSc. in Internal Auditing and Management programs.  Supervise various EMBA and MSc. student research projects.

Summer 2003 to Summer 2010          **Norwich University**
                                     Northfield, Vermont

**Senior Instructor** – Taught highly specialized on-line courses in Human Factors, Technical Defenses, Management Topics and Foundations of Information Assurance in the Masters of Science in Information Assurance degree program.

Fall 1997 to June 2005               **Towson University**
                                     Towson, Maryland

**Assistant Professor of Computer and Information Sciences (CIS)**           8/03 – 6/05
**Visiting Assistant Professor of CIS and Accounting**                      8/00 – 7/03
Provided comprehensive classroom instruction for a variety of Computer Information Systems, Computer Science and Business undergraduate courses including: Information Assurance, Computer Security, Electronic Commerce, Systems Analysis and Design, Financial Aspects of Electronic Commerce, HCI, MIS, AIS, Advanced Auditing, and Principles of Auditing. Served as project manager for the National Security Agency's Center of Academic Excellence in Information Assurance Education program which was accepted and certified upon the first submission in AY 2001-2002.  Served as Co-Faculty Advisor for the Computer and Technology Club.  Participated in various committees related to Computer Science and CIS curriculum, research and student advising.

**Senior Lecturer of Accounting**                                          9/97 – 7/00
Provided classroom instruction for undergraduate classes in Accounting Information Systems, Advanced Auditing, Principles of Auditing, Principles of (Financial) Accounting I, and Principles of (Managerial) Accounting II; in this AACSB accredited accounting program.  Advised accounting students about career options, summer internships, and job opportunities.  Served as liaison to CPA firms and businesses for department functions, internship placement and student job fair.

### INDUSTRY EXPERIENCE

06/13 to Present                     **T. Rowe Price, Inc**.
                                     Baltimore, Maryland

**Senior Technical Auditor**
Conduct reviews, assessments, audits and consulting projects of the organization's cyber security technologies and high risk information technologies used by trading, portfolio management and IT personnel. Specialize in incident response and management, Oracle and internally developed applications.  Provide cybersecurity SME services to various departments in the organization.

07/10 to 12/16                       **Cyber Security Group, S.A**
                                     Panama City, Panama

**Chief Technology Officer**
Provide technical thought leadership on a wide range of telecommunications security and technical security countermeasures for clients in the government and private sectors.  Assist the Managing Director in developing business development strategy and sales and marketing activities involving

3

manufacturers, value added resellers and end customers.  Research and develop customized solutions for intelligence, military and law enforcement uses.

| 11/14 to 12/15 | **Mobile Security** |
| | Seoul, South Korea |

**Chief Technology Officer**
Provide technical thought leadership on a wide range of telecommunications security and technical offensive mobile security techniques for small scale digital device for the government and private sectors in Latin America.  Assist the Managing Director in developing business development, sales, marketing, and research activities for the company through various use cases for worldwide application.

| 07/10 to 5/13 | **Cyber Security Associates, LLC** |
| | Baltimore, Maryland |

**Managing Director**
Provided thought leadership to a foreign ally in Central America, U.S. national and state government organizations and businesses on cyber security.  Designed and developed a 9 course 100% online Masters degree program in Cyber Security for the second largest public university in the USA. Perform a wide range of technical and policy related cyber security projects in the USA and Latin America.

| 11/03 to 7/10 | **Homeland Security Consultants, Inc.** |
| | Baltimore, Maryland |

**Managing Director**
Conduct and coordinate a wide variety of computer forensics, electronic discovery, IT auditing, information assurance, security, information systems, auditing, fraud investigation and management consulting projects for a diverse group of international clients. Deliver professional training courses in the United Kingdom, Europe and Asia. Develop extensive experience working with law enforcement, government security specialists and senior business management.

| 10/97 to 6/00 | **PricewaterhouseCoopers, LLP** |
| | Baltimore, Maryland |

**Senior Associate – Operational and Systems Risk Management Services**
Provided information technology audits, security reviews, and consulting services to a wide variety of clients in the financial services, manufacturing, high technology, healthcare, middle market and government sectors.  Coordinated annual audit support work for large and medium size organizations. Formulated business development strategies and specific opportunities to deliver additional firm services to prospective and existing clients.

## MAJOR RESEARCH AND TEACHING INTERESTS

IT, Computer Science, Information Systems, Cloud Computing, Emerging Technologies, Mobile Commerce, Wireless Technologies, Artificial Intelligence, Data Science and Forensic Computing

## E-LEARNING MANGEMENT SYSTEMS

Blackboard, WebCT, WebTycho and Moodle

4

## GRANTS FUNDED RESEARCH PROJECTS

"Developing and Evaluating a Standardized Approach to Security Management Systems for U.S. and Israeli Hospitals: Security Management Systems and Required Technologies", (with W. Jaquis, M.D. and S. Scharf, M.D.), U.S. – Israel Science & Technology Foundation, November 2004 to June 2006

"An Information Assurance Scholarship Program for Towson University", (with A. Behforooz and P. Beere and J. Clements,), United States Department of Defense, August 2003 to August 2004

"The Role of the Internal Auditor in Mergers, Acquisitions and Divestitures", (with G.M. Selim and P.S. Sudarsanam), Institute of Internal Auditors Research Foundation, July 1999 to June 2002

Towson University, College of Graduate Education and Research, Summer Research Grant (including matching funds from the College of Science and Mathematics), 2002, 2003, and 2004

## PUBLISHED JOURNAL ARTICLES

"Liberty Bell Hospital: A Case Study in Employee Computer Fraud", (with A.A. Baldwin and C.L. Martin), Journal of Business Cases, Volume 2, Issue Number 3, Fall 2006

"The Role of Internal Auditors in Mergers, Acquisitions and Divestitures: An International Study", (with G.M. Selim and P.S. Sudarsanam), International Journal of Auditing, Volume 7, Issue Number 3, November 2003

"Ten Professional Journals on Accounting Information Systems", (with A.D. Schiff), The Ohio CPA Journal, April/May 2002

"A Comprehensive Bibliography of Professional Journal Articles on Accounting Information Systems", (with A.D. Schiff), Review of Business Information Systems, Fall 2001

"The Impact of Electronic Commerce on Information Technology Auditing", (with A.A. Baldwin), Review of Accounting Information Systems, Winter 2000

"Internal Audit Outsourcing: A View from Both Sides of the Fence". (with C.L. Martin), The CPA Journal, March 2000

"Implementation Issues for SAP R/3 Accounting Software", (with W.R. Melville and G.D. Moyes), Review of Accounting Information Systems, Fall 1997

"Fraud: Which Audit Techniques Work in Detecting Fraud?", (with G.D. Moyes), Corporate Controller (now known as CFO), Volume 10, Issue Number 6, August/September 1997

## PEER-REVIEWED CONFERENCE PAPERS WITH PROCEEDINGS AND/OR ABSTRACTS

"A Discretionary Access Control Method for Preventing Data Exfiltration via Removable Devices", (with D. Wilson), International Conference on Digital Forensics and Cyber Crime", Albany, New York, September 30 – October 2, 2009

5

"The Roles of Artificial Intelligence, Data Mining, and Knowledge Management in Accounting and Auditing: A Research Synthesis", (with Trinkle, B., Baldwin, A., Balli, E., Berry, B., Deshmukh, A., McKee, T., Ragothaman, S., Rosner, R. and Yao, L.), Eighteenth Annual Research Workshop on Strategic and Emerging Technologies, American Accounting Association Annual Conference, New York City, New York, August 2, 2009

"Acer Aspire Netbooks: A Forensic Challenge", (with A. Singh, T. Shiralkar and B. Turnbull), First IEEE International Workshop on Computer Forensics in Software Engineering, Seattle, Washington, July 20-24, 2009

"Computer Software Bugs and Other IT Threats to Critical Infrastructure: A Preliminary Set of Considerations for IT Governance", (with G. Selim), Seventh European Academic Conference on Internal Audit and Corporate Governance, April 15-18, 2009

"A Preliminary Approach to Conducting a Forensic Analysis of an Ultraportable ASUS Eee PC", (with T. Shiralkar and B. Turnbull), The International E-Forensics Conference, Adelaide, Australia, January 19-21, 2009

"An Efficiency Model Study to Evaluate the Impact of Port Security Activities on Port Productivity", (with M. Gonzalez, G. Quesada, and B. Trinkle), International Symposium and Workshop on Global Supply Chain, Inter-Modal Transportation and Logistics, Toledo, Ohio, October 25, 2007

"Detecting Non-Discoverable Bluetooth Devices: A Parallelized, Collision Resistant and Condensed Timing Approach", (with D. Cross, J. Hoeckle, J. Rubin and K. Snow), IFIP WG 11.10 First International Conference on Critical Infrastructure Protection, Hanover, New Hampshire, March 16, 2007

"Interim Research Observations about Critical Infrastructure Protection Information and Corporate Governance Issues through Public and Private Sector Cooperation in the United States", (with G.M. Selim), Third Annual Internal Audit and Corporate Governance Conference, London, England, April 9, 2005

"The Role of Internal Audit in Critical Infrastructure Protection and IT Governance: Developing a Research Agenda", (with A.A. Baldwin and W.R. Melville), Second Annual Internal Audit and Corporate Governance Conference, London, England, April 23, 2004

"A Current Perspective on the Diverse US Government Initiatives to Secure Cyberspace", Third European Conference on E-Government, Dublin, Ireland, July 3, 2003

"An Undergraduate Track in Computer Security", (with S. Azadegan, M. O'Leary, A. Wijesinha and M. Zimand), Eighth Annual Conference on Innovation and Technology in Computer Science Education, Thessaloniki, Greece, July 1, 2003

"Protecting the United States Homeland against Information Warfare and Cyber Terrorism", Second European Conference on Information Warfare and Security, Reading, England, June 30, 2003

"A Dedicated Undergraduate Track in Computer Security Education", (with S. Azadegan, M. O'Leary, A. Wijesinha and M. Zimand), Third World Conference on Information Security Education, Monterey, California, June 27, 2003

6

"Utilizing Vulnerability Scanning Tools in an Introductory Undergraduate Information Systems Security Course", Sixteenth Annual Federal Information Systems Security Educators Association Conference, Silver Spring, Maryland, March 4, 2003

"The U.S. National Infrastructure Protection Center: 1999-2001 - A Research in Progress Study", Third Australian Information Warfare Conference, Perth, Australia, November 28, 2002

"Benefits of Recognition as a Center of Academic Excellence in Information Assurance Education by the U.S. National Security Agency", (with S. Azadegan), Third Australian Information Warfare Conference, Perth, Australia, November 29, 2002

"Information Sharing in Information Systems Security and Auditing", First European Academic Conference on Internal Audit and Corporate Governance, Prague, Czech Republic, October 18, 2002

"The Role of Internal Auditors in Mergers, Acquisitions and Divestments", (with G.M. Selim and P.S. Sudarsanam), First European Academic Conference on Internal Audit and Corporate Governance, Prague, Czech Republic, October 18, 2002

"U.S. Federal Government Attempts to Address the Changing Issues in National Security: An Investigation into the Role of IT Security Protection", International Applied Business Research Conference, Puerto Vallarta, Mexico, March 16, 2002

"Liberty Bell Hospital: A Case Study in Employee Fraud", (with C.L. Martin), International Applied Business Research Conference, Cancun, Mexico, March 21, 2001

"New Strategies for Global Financial Reporting in the New Economy", (with M. Maloo), International Association for Accounting and Education Research, Third Biennial International Accounting Research Conference, Kobe, Japan, October 7, 2000

"Key Information Technology Security, Trust and Audit Concerns in an Electronic Commerce Environment", Asian Academic Accounting Association, 2000 Annual Meeting, Singapore, August 28, 2000

"The Effectiveness of Federal Government Programs in Healthcare Fraud", (with R. Komenski and C.L. Martin), Decision Sciences Institute, 1999 Annual Meeting, New Orleans, Louisiana, November, 20, 1999

"The Impact of Electronic Commerce on Information Technology Auditing", (with A.A. Baldwin), Eighth Annual Research Workshop on Artificial Intelligence and Emerging Technologies in Accounting, Auditing and Tax, San Diego, California, August 14, 1999

"Internal Audit Outsourcing: A View From Both Sides of the Fence", (with C.L. Martin), American Society of Business and Behavioral Sciences, 1999 Annual Conference, Las Vegas, Nevada, February 12, 1999

## INVITED TALKS

"Enterprise Risk Management and Its Strategic Role in Belgian Public Sector Services", Executive Staff Secretariat to the Prime Minister, Federal Government of Belgium, March 18, 2010

"Security Management Systems in the U.S. and Israel: A Grant Project Status Update", Maryland Chapter of the International Healthcare Security and Safety Association, Baltimore, MD, October 12, 2005

7

"Mergers and Acquisitions: The Role of Internal Auditors", Institute of Internal Auditors, Financial Services Conference, Arlington, VA, April 12, 2004

## BOOKS, BOOK CHAPTERS, TECHNICAL REPORTS, AND EDITORIALS

"Information Security and Assurance", Book Chapter, Introduction to Maritime Security, Editor M. McNicholas, Butterworth-Heinemann Publishing, London, December 2007

"Detecting Bluetooth Devices", (with D. Cross, J. Hoeckle, J. Rubin and K. Snow), Book Chapter, IFIP Series on Critical Infrastructure Protection, Editors E. Goetz and S. Shenoi, Springer Publishing, November 2007, ISBN 978-0-387-75461-1

"IT Security Essential Body of Knowledge: A Competency and Functional Framework", U.S. Department of Homeland Security - National Cyber Security Division, Contributor and Subject Matter Expert, Technical Report, September 2007

"E-Commerce and Auditing", (with A.A. Baldwin), An Editorial, International Journal of Auditing, Volume 7, Issue Number 2, July 2003

"Mergers, Acquisitions and Divestitures: Control and Audit Best Practices", (with G.M. Selim and P.S. Sudarsanam), Book, The Institute of Internal Auditors Research Foundation, Altamonte Springs, Florida, 2002

"Corporate Fraud", Book Review, The Accounting Review, American Accounting Association, Volume 74, Issue Number 2, August 1999

## CURRENT RESEARCH IN PROGRESS

"Software Bugs as Vulnerabilities in the U.S. Critical Infrastructure"

"Arguments for Expanding the Utilization of the Einstein System to the Private Information Infrastructure in the United States"

"An Event Study Analysis of U.S. Critical Infrastructure Protection"

"Threat Assessment and Communication Methods in the Critical Infrastructure Protection – A U.S. Perspective"

## JOURNAL EDITORIALSHIPS AND REFEREE POSITIONS

Member, Editorial Board, International Journal of Digital Forensics & Incident Response

Member, Editorial Board, International Journal of Auditing

Ad-Hoc Reviewer, IEEE Security & Privacy, International Journal of Critical Infrastructure Protection, Journal of Electronic Commerce Research, International Journal of Accounting, Auditing and Performance Evaluation

Guest Co-Editor, International Journal of Auditing, Special Issue on the Impact of E-Commerce on Auditing, Spring 2003

8

## SERVICE FOR ACADEMIC CONFERENCES AND MEETINGS

Conference Program Committee Member and Reviewer for the following events:

Colloquium of Information Systems Security Education, 2011
Human Aspects of Information Security and Assurance International Symposium, 2008 thru 2012
IFIP WG 11.10 International Conference on Critical Infrastructure Protection, 2011 thru 2007
International Conference on Intelligent Pervasive Computing, 2007

Reviewer for the following events:

European Conference on Information Warfare and Security, 2005 thru 2013
European Conference on Electronic Government, 2006 thru 2009
Hawaii Int'l. Information Systems Conference Computer Forensics Mini-Track, 2009, 2008, and 2007
International Conference on Information Warfare, 2006 thru 2013

## CITIZENSHIP

United States of America

9

| Home | Subjects | Data Tools | **Publications** | Economic Releases | Students | Beta |

OOH HOME | OCCUPATION FINDER | OOH FAQ | OOH GLOSSARY | A-Z INDEX | OOH SITE MAP | EN ESPAÑOL

## OCCUPATIONAL OUTLOOK HANDBOOK

Search Handbook    Go

Occupational Outlook Handbook > Computer and Information Technology >

# Software Developers

EN ESPAÑOL    PRINTER-FRIENDLY

| Summary | What They Do | Work Environment | How to Become One | Pay | Job Outlook | State & Area Data | Similar Occupations | More Info |

# Summary

| Quick Facts: Software Developers | |
|---|---|
| **2017 Median Pay** | $103,560 per year<br>$49.79 per hour |
| **Typical Entry-Level Education** | Bachelor's degree |
| **Work Experience in a Related Occupation** | None |
| **On-the-job Training** | None |
| **Number of Jobs, 2016** | 1,256,200 |
| **Job Outlook, 2016-26** | 24% (Much faster than average) |
| **Employment Change, 2016-26** | 302,500 |



### What Software Developers Do

Software developers are the creative minds behind computer programs. Some develop the applications
that allow people to do specific tasks on a computer or another device. Others develop the underlying systems that run the devices or that control networks.

### Work Environment

Many software developers work for firms that deal in computer systems design and related services, manufacturing, or for software publishers.

### How to Become a Software Developer

Software developers usually have a bachelor's degree in computer science and strong computer programming skills.

### Pay

The median annual wage for software developers, applications was $101,790 in May 2017.

The median annual wage for software developers, systems software was $107,600 in May 2017.

### Job Outlook

Employment of software developers is projected to grow 24 percent from 2016 to 2026, much faster than the average for all occupations. Software developers
will be needed to respond to an increased demand for computer software.

### State & Area Data

Explore resources for employment and wages by state and area for software developers.

### Similar Occupations

Compare the job duties, education, job growth, and pay of software developers with similar occupations.

### More Information, Including Links to O*NET

Learn more about software developers by visiting additional resources, including O*NET, a source on key characteristics of workers and occupations.

What They Do

SUGGESTED CITATION:
Bureau of Labor Statistics, U.S. Department of Labor, *Occupational Outlook Handbook*, Software Developers,
on the Internet at https://www.bls.gov/ooh/computer-and-information-technology/software-developers.htm (visited *September 04, 2018*).

**Last Modified Date:** Friday, April 13, 2018

RECOMMEND THIS PAGE USING:   Facebook   Twitter   LinkedIn

| TOOLS | CALCULATORS | HELP | INFO | RESOURCES |
|---|---|---|---|---|
| Areas at a Glance | Inflation | Help & Tutorials | What's New | Inspector General (OIG) |
| Industries at a Glance | Injury And Illness | FAQs | Careers @ BLS | Budget and Performance |
| Economic Releases | | Glossary | Find It! DOL | No Fear Act |
| Databases & Tables | | About BLS | Join our Mailing Lists | USA.gov |
| Maps | | Contact Us | Linking & Copyright Info | Benefits.gov |

Freedom of Information Act | Privacy & Security Statement | Disclaimers | Customer Survey | Important Web Site Notices

U.S. Bureau of Labor Statistics | Office of Occupational Statistics and Employment Projections, PSB Suite 2135, 2 Massachusetts Avenue, NE Washington, DC 20212-0001
www.bls.gov/ooh | Telephone: 1-202-691-5700 | Contact OOH





August 20, 2018

Dear USCIS Officer:

This letter is to establish that our company has a past practice of hiring persons with a baccalaureate degree, or higher in Computer Science engineering to perform the specialized duties of an Application Support-ITRR (Software Developer).

The following individual performed services in the capacity of an Application Support-ITRR with a Master's degree in Computer Science Engineering and Information Systems.

Enclosed are copies of the individual's degrees, transcripts and pay records.

| Employee Name | Job Title | Highest Educational Qualification |
|---|---|---|
| Vinaykumar Swarna | Software Developer/Programmer Analyst | Master's degree in Information systems |
| Jagadish Kumar Balusu | Software Developer/Programmer Analyst | Master's degree in Information systems |
| Deepthisha Jalli | Software Developer/Programmer Analyst | Master's degree in Information systems |

Please do not hesitate to contact me with any questions or concerns.

Sincerely,

_____

Pavan Kumar
Operation Manager
Tekway Inc.

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459

Phone:  630-493-9458/9459
Email:  Pavan@tekwayinc.com

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459



# *Lucid Technologies*

## *The Logical Solutions*

August 20, 2018

**To whom it may concern:**

This letter is to confirm that our company Lucid Technologies Inc. with office located at 8600 Freeport PKWY, STE 300, Irving TX 75063 is in the business of providing IT staffing and software development services, and currently has 80 employees. We hereby confirm that we employ individuals using SOC Code 15-1132, Software Developer, to perform software programming tasks using various technologies. We require the equivalent of a U.S. Bachelor's degree in Computer Science Engineering, Information Technologies or related for this position.

If you have any further questions or require additional documentation, please do not hesitate to contact us.

Regards,

Name: Shashidhar Devireddy
Title: President
Phone: 214 385 4144 EXT 307
Email: devireddy@lucidtechinc.com

8600 Freeport Pkwy, Suite: 300, Irving, TX 75063
Tel: 214-385-4144, Fax: 214-889-5857
info@lucidtechinc.com
www.lucidtechinc.com

23



**Tekway**

Paving the Way for Technology

## EMPLOYMENT CONTRACT

This Employment Contract is entered into between Tekway Inc, incorporated in Illinois, bearing EIN: 20-3287603, located at 4104 Sterling Road, Downers Grove, IL-60515 (hereinafter referred to as "Employer"), Vinay Kumar Swarna, bearing social security number 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, residing at 734 West Bode Circle, Hoffman Estates, IL(hereinafter referred to as "Employee") as described below: (hereinafter referred to as "Employee") as described below:

- Whereas, 'Employee' has expertise in the field of IT consulting services.

- Whereas, 'Employee' has met with the Officer of 'Employer' to explore the possibilities of being employed as an Application Support Consultant.

- Whereas, as 'Employee' meets the qualifications established for the job position, 'Employer' has expressed a willingness to hire 'Employee' on full-time hourly basis as an Application Support Consultant.

- Whereas, 'Employment Date' is agreed upon by both 'Employer' and 'Employee' as the date on which Employee reports to a billable assignment of the client of Employer.

- Whereas, 'Term of Employment' is defined as the period of employment from 'Employment Date' to that date or the date on which this Employment Contract is terminated, whichever occurs first.

The 'Employee' and 'Employer' hereby mutually agree on June 5th 2017 to the following covenants:

1) 'Employee' agrees to accept employment with 'Employer' as an Application Support Consultant.

2) 'Employee' hereby acknowledges and agrees to the following conditions of employment during 'Term of Employment':

   a) 'Employee' agrees to work on a full-time basis exclusively for 'Employer.' A workload of 40 (forty) hours per week is considered as full-time employment.

   b) Whenever 'Employer' so directs, 'Employee' agrees to work either at the premise of 'Employer' or at the premise of a Client of the 'Employer.'

   c) Whenever 'Employee' works in the premises of 'Employer,' 'Employee' agrees to adhere to the conduct guidelines specified in 'Employee Conduct Guidelines Manual' of 'Employer' in force at that time.

   d) Whenever 'Employee' works in the premises of any Client of 'Employer,' 'Employee' agrees to adhere to the prevailing employee conduct guidelines of the Client of 'Employer' in addition to the employee conduct guidelines of 'Employer.'

   e) Whenever 'Employee' works in the premises of any Client of 'Employer,' each week 'Employee' agrees to do the following tasks: (i) keep track of the number of regular and overtime hours worked by day, (ii) duly complete the 'Time Sheet' in the format specified by either 'Employer' or the Client of 'Employer' as directed by 'Employer,' (iii) promptly obtain written approval on the 'Time Sheet' from the supervising officer of the Client of 'Employer,' and (iv) promptly enter Internet form or fax 'Time Sheet' to 'Employer' the same business day in which such approval is obtained.

   f) Whenever 'Employee' receives any direct compensation from any Client of 'Employer' or any other entity for the services provided by 'Employee,' 'Employee' agrees to turn in all such monies to 'Employer.' However, 'Employee' is allowed to keep monies obtained from public performances in events recognized by 'Employer' to be conducive for employment such as honorariums, awards, lecture fees, and article fees in the field of his or her profession, provided such activities do not interfere with regular work.

g) 'Employee' agrees to maintain the confidentiality of all matters related to in-house and Client projects of 'Employer.' 'Employee' hereby acknowledges that the following information is confidential and valuable to 'Employer':

    (1) <u>Confidentiality related to the Clients of 'Employer'</u>: all information related to the projects of Clients of 'Employer' including but not limited to the names of Client organizations, locations of Client organizations, names of managers of Client organizations, current projects of Client organizations, plans of Client related to project extensions, plans of Client related to new projects, information technology skill sets needed for Client projects and any other information related to the Clients of 'Employer' that 'Employee' might obtain directly or indirectly during 'Term of Employment.' This restriction does not apply for publicly available information related to the projects of Clients of 'Employer.'

    (2) <u>Confidentiality related to in-house projects of 'Employer'</u>: all information including but not limited to the names, locations, nature, intended market segments, Information technology skill sets, execution plans of all in-house projects of 'Employer' and any additional information obtained directly or indirectly during 'Term of Employment.' This restriction does not apply to publicly available information related to in-house projects of 'Employer.'

    (3) <u>Confidentiality related to information technology methods and business practices of Employer</u>: all information related to the methodology used by 'Employer' in executing its in-house and Client projects, and all information related to the business methods used by 'Employer' to motivate its employees and grow its business.

h) Non-Disclosure: 'Employee' agrees not to disclose any one during 'Term of Employment' and for <u>twelve months after termination</u> of this Employment Contract any confidential information described in above sections g(1), g(2), and g(3) to any party without express written authorization of an Officer of 'Employer.'

i) Non-Publicity: 'Employee' hereby agrees to the following restrictions during 'Term of Employment' and for a period of <u>twelve months after termination of employment</u>, on disclosing information related to in-house or Client projects of 'Employer' to any public or private forum through any communication media. Accordingly, 'Employee' agrees to the following restrictions during this period: (i) not to communicate with press, (ii) not to share information with any public relation entity, (iii) not to write books, memoirs, articles, monographs or other publications related to in-house or Client projects, and (iv) not to adversely impact the prospects of 'Employer' being listed in a stock exchange by interfering in public or private forums such as road shows, general body meetings, and other investor gatherings.

j) Non-Hire: 'Employee' hereby agrees that he or she will not hire or attempt to hire for his or her own company, or recruit or attempt to recruit for any other company, any employees of 'Employer' either directly or indirectly during 'Term of Employment' and for a period of <u>twelve months after the termination</u> of this Employment Contract. The only exception to this condition is when 'Employee' obtains a written authorization from an Officer of 'Employer' to do so.

k) Non-Competition: 'Employee' hereby agrees that he or she will not compete directly or indirectly with 'Employer' in the field of information technology consulting during 'Term of Employment' and for a period of <u>twelve months after the termination</u> of this Employment Contract, unless 'Employee' obtains a written authorization from an Officer of 'Employer' to do so.

l) Non-Solicitation: 'Employee' hereby agrees that he or she will not solicit business from Clients of 'Employer'(either directly or indirectly) and other information technology

---

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459

consulting firms that he or she gets to know as a direct/indirect consequence of being employed with 'Employer' during 'Term of Employment' and for a period of <u>twelve months</u> after the termination of this Employment Contract, unless 'Employee' obtains a written authorization from an Officer of 'Employer' to do so.

m)  Whenever 'Employer' so directs or upon termination of this Employment Contract, 'Employee' agrees to return to an officer designated by 'Employer' all material related to in-house projects of 'Employer' and/or Client projects of 'Employer.' Such materials include but not limited to software, hardware, software tools, tapes, floppy discs, CD ROMs, zip discs, external hard drives, other storage media, laptops, computers, manuals, libraries, books, activity charts, project planning materials, personal digital assistants, pagers, cell phones, keys, passwords, and other materials related to in-house and Client projects of 'Employer.'

n)  'Employee' hereby acknowledges that any violation of above thirteen conditions of employment (as described in sections 2 a) to 2 m) constitutes a material breach of this Employment Contract and is a sufficient basis for the termination of the employment of 'Employee' with 'Employer.' 'Employee' also agrees that in case of not returning any client property at the time of termination, "Employer" has the right to collect the said materials through legal channels. "Employee" also agrees to pay the "Employer" for any legal expenses that incur in this process of collecting the client materials / properties.

3)  In consideration of above services, 'Employer' agrees to compensate 'Employee' as described below:

a)  An hourly rate of $20/hr for straight, over time hours, and you will not be paid for any vacation or public holidays. You will be paid as per hours mentioned in your client-approved timesheets.

4)  **Termination: 'Employer' or 'Employee' can terminate this Employment Contract without assigning any cause with a written notice of two weeks after fulfilling the 12 consecutive months of employment. If the "Employee" fails to provide the mandatory 2 week notice, the "Employer" has the rights to withhold the pay for that particular period, in order to avoid damages to the employer or pay the damages to the client, that are caused due to the breach of contract by the "Employee".**

6)  Force Majeure: Neither party shall be liable to the other party or be deemed to be in breach of this contract for any failure or delays in rendering performance arising out of causes beyond its control and without its fault or negligence. Such causes may include but are not limited to acts of God, act of a public enemy, fire, floods, epidemics, quarantine restriction, strikes, freight embargo, or loss of use of Internet site through no fault of either party.

7)  Conflict of Laws: The parties agree that they shall comply with all laws, rules, regulations, ordinances, or other requirement of the State of Illinois, Dupage County and other governmental agencies that have regulatory oversight on the transactions described in this Contract. Any breach of laws, ordinances, etc. shall be borne exclusively by the party upon who said obligation rests. If a party breaches any of the aforementioned laws, rules, regulations, etc., said party shall indemnify and hold harmless the non-breaching party, its officers, employees, agents against any and all liability, loss, damages, penalties, cots or expenses for any damage or injury to real, personal, or intellectual property which the non-breaching party may sustain as arising out of or in connection with the Contract's covenants.

8)  Waivers: All conditions, covenants, duties, and obligations contained in this Contract may be waived by written agreement only. Forbearance and indulgence in any form or manner by either party shall not be construed as a Waiver or in any way limit legal and equitable remedies.

9)  Amendments: This contract cannot be amended except in writing executed by both parties.

---

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459

10) Duration of Contract: This Employment Contract shall be deemed to be in force from the date of signing this Contract unless it is terminated in writing by either party.

11) Entire Contract: The parties understand and agree that this Contract supersedes all other verbal or written agreements and negotiations by the parties relating to services in this Contract.

12) Severability:   If any provision of this Contract is held by a court of competent jurisdiction to be invalid or unenforceable for any reason, the remaining provisions shall remain in full force and effect as if this Contract had been executed without that invalid provision.

13) This Contract shall be construed under and governed by the laws of the State of Illinois.

   IN WITNESS WHEREOF, the parties hereto set forth their hand and seal on 06/05/2017:

*Pavan Kumar*                                    *s.vinaykumar*
_____                          _____

Name :                                    Name: vinaykumar swarna

Title: Operations Manager                 Employee

---

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459





**Tekway**
Paving the Way for Technology

August 20, 2018

Ref: Employment of VinayKumar Swarna

Dear Sir/madam,

VinayKumar Swarna will be working at 1324 SouthFinley Road, Apt-1D,Lombard,IL-60169.
I, Pavan Kumar, Project Manager, Operations of Tekway, Inc.  certify that I shall be supervising **VinayKumar Swarna** as Application Support-ITRR /Software Developer and supervise work-related duties and responsibilities. Our company has the ultimate control and authority over VinayKumar Swarna's day-today activities at the end client, AT&T.

The beneficiary is required to communicate on a regular basis with our company in terms of hours worked, status of assignment, performance feedback, and similar matters through regular communication (phone calls and e-mails) to the Supervisor.

As an Application Support-ITRR /Software Developer, Mr. VinayKumar Swarna's specific duties include but are not limited to the following:

- ➢ Gathering system requirements for the application and worked with the business team to review the requirements, and went through the Software Requirement Specification document and Architecture document.
- ➢ Preparing the system requirements document and sending it for the approval.
- ➢ Based on the system requirements, the IVR application is enhanced and developed in IBM Rational Application Development tool.
- ➢ The Code will be developed using JAVA in the RAD Integrated development environment.
- ➢ Modifying and enhancing the Java simple API's according to the requirements.
- ➢ Working on encryption of the data using the Voltage encryption.
- ➢ Executing the sql queries to make sure the data is updated, deleted, modified and encrypted using sql developer tool.
- ➢ Creating the test sample data in the Database to test the test IVR application to run the application before deploying it to the production.
- ➢ Deploying it to the CAT and send Emails to the users to test it.
- ➢ Deploying the applications to WebSphere Application test and production server.
- ➢ Installation & configuring of new WebSphere application servers as needed.
- ➢ Preparing Unit and System Testing Specification documents and performed Unit and System testing of the application.
- ➢ Based on the unit testing results will create a test summary report.

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459

> Install and configure new development software's and servers as needed.
> Responding to the Change requests made by the client.
> Involved in on call application production support.

In performing these duties, VinayKumar Swarna will be working with the following technologies\platforms:

| Coding Languages | Java,J2EE |
|---|---|
| Scripting | JSP, Java Script, HTML ,XML, CSS |
| Frameworks | Spring, Hibernate Struts |
| Operating Systems | Linux(Solaris),Unix windows |
| CI/CD tool | Jenkins |
| Database | Oracle, Ms Sql server, My Sql, JDBC |
| Webservers | Tomcat, WebSphere |
| Version control tools | SVN/GIT |

**Employer employee relationship**

> **Right to Hire and Fire: Tekway, Inc.** has the right of control over the work of the beneficiary on a day-to-day basis for which the control is required. Tekway, Inc. has the sole authority to hire or fire the beneficiary and set the rules and regulations for the beneficiary's work.

> **Right to Control: Tekway, Inc.** controls the beneficiary provides her with compensation, has the authority to assign her and is responsible for payment of his salary, administration of benefits and the payment of applicable taxes on his/her behalf.

> **Right to Supervise: Tekway, Inc.** with tax identification Fed Id# 20-3287603 will supervise the beneficiary Mr. VinayKumar Swarna. The beneficiary will report to Tekway, Inc.'s Project Manager Operations, Pavan Kumar, who will supervise the beneficiary's work and hence will maintain an employer employee relationship through the right of control. I further confirm that our company is the employer of the beneficiary as we control, the manner and means by which the beneficiary performs services for at the end client, Verizon. Our company exercises the authority to appraise performance, promote, demote, transfer laterally, approve authorization for leave of absence or terminate the beneficiary's employment. The beneficiary will communicate on a biweekly basis with Project Manager Operations, Pavan Kumar and submit the timesheets.

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459

> **Right to assign additional duties: Tekway, Inc.** will provide with any additional training in the specific technical skills required to perform the assigned tasks and meet the market standards. Moreover, our company has the right to assign additional work to the beneficiary and/or to change the work assignment.

> **Wage and benefits (I-9s and W-2s):** We treat the beneficiary as our employee in its business and personal records, including USCIS Form I-9. We also issue the beneficiary regular paychecks and required tax reporting forms (including W-2). We offer employee benefits (such as health insurance, direct deposits, etc.) to the beneficiary. We make employer contributions and withhold and will pay employee contributions on behalf of the beneficiary for federal income tax purposes. We also solicit regular feedback from the client about the work product of the beneficiary and include feedback in regular performance evaluations for this individual.

Please note that our company is not a "United States Agent" within the meaning of 8 C.F.R. Section 214.2(h)(2)(i)(F). Our employees are guaranteed employment, are paid a salary and are provided corporate benefits. We also deduct Social Security taxes and other Federal and State taxes, and issue our employee W2 statements at the end of the year.

Should you have any questions, please do not hesitate to contact the undersigned.

Yours Sincerely,

*Pavan Kumar*

_____

Pavan Kumar,
Project Manager, Operations
4104 Sterling Road
Downers Grove
Il-60515
Contact: (630)493-9458

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459



Tekway

## Candidate Evaluation Form

| Vinaykumar Swarna | 01:00 PM | Monday | 02/25/2018 |
|---|---|---|---|
| Candidates Name | Time | Day of Week | Date |

| xxxxxxxxxxxxxxxxx |
|---|
| Candidate's Telephone Number |

| Lombard | IL | USA |
|---|---|---|
| Location or City | State | Country |

| AT&T | Tekway Inc | 4.0 |
|---|---|---|
| Client | Company | Candidate's Skill Level |

### SKILLS TO BE TESTED DURING TECHNICAL INTERVIEW

| Skills to be tested | Score | Comment | Experience |
|---|---|---|---|
| Java,J2EE | 4.5 | Strong | 12Months |
| JSP, Java Script, HTML ,XML, CSS | 4.5 | Strong | 12Months |
| Spring, Hibernate Struts | 3.5 | Good Experience | 12Months |
| Linux(Solaris),Unix windows | 4 | Strong | 12Months |
| Jenkins | 3 | Good Experience | 12Months |
| Oracle, Ms Sql server, My Sql, JDBC | 3.5 | Very Good | 12Months |
| Tomcat, WebSphere | 4 | Strong | 12Months |
| SVN/GIT | 3.5 | Very Good | 12Months |
| IBM RAD, Log4j, Eclipse | 4 | Strong | 12Months |

Technical Interviewer's #

Ratings key:      0 = None        1 = Training or Education        2 = Weak Experience
2/3 = Basic experience    3 = Good Experience    3+ = Very Good      4 = Strong      5 = Expert

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459

**Overall Comments about the Candidate's Communication and Technical Skills**

- He has experience in developing Web based Java/J2EE applications and Biometric applications.

- Hands on experience in Core Java, Servlets, JSP, JDBC.

- Knowledge of Eclipse, Log4j and IBM RAD tool for the development of Java projects.

- Hands on experience WebSphere and Tomcat web servers.

- Designed and developed web-based software using Spring MVC Framework.

- Worked on the JAVA Collections API for handling the data objects between the business layers and the front end.

- Using Agile methodologies to plan work for every iteration and used continuous integration tool to make the build passes before deploying the code to other environments.

- Implemented Hibernate framework to connect to database and mapping of java objects to database tables.
- Worked on SVN version Control Systems.

- Designed and developed Web Services to provide services to the various clients using Restful.

- Prepared Unit and System Testing Specification documents and performed Unit and System testing of the application.

- Reviewed the code for ensuring adherence to Java coding standards.

- Developed Functional Requirement Document based on users requirement.

- Installation of new servers and configuration.

- Involved in on call application production support.

- Cohesive team worker, having strong analytical, problem solving and interpersonal skills.

***** Good Candidate *****

Yours sincerely

Pavan Kumar                              Employee Name: Vinaykumar Swarna
Operation Manager

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459



**Tekway**
Paving the Way for Technology

August 20, 2018

Ref: Employment of VinayKumar Swarna

Dear Sir/madam,

VinayKumar Swarna will be working at 1324 SouthFinley Road, Apt-1D,Lombard,IL-60169.
I, Pavan Kumar, Project Manager, Operations of Tekway, Inc.  certify that I shall be supervising **VinayKumar Swarna** as Application Support-ITRR /Software Developer and supervise work-related duties and responsibilities. Our company has the ultimate control and authority over VinayKumar Swarna's day-today activities at the end client, AT&T.

The beneficiary is required to communicate on a regular basis with our company in terms of hours worked, status of assignment, performance feedback, and similar matters through regular communication (phone calls and e-mails) to the Supervisor.

As an Application Support-ITRR /Software Developer, Mr. VinayKumar Swarna's specific duties include but are not limited to the following:

- ➢ Gathering system requirements for the application and worked with the business team to review the requirements, and went through the Software Requirement Specification document and Architecture document.
- ➢ Preparing the system requirements document and sending it for the approval.
- ➢ Based on the system requirements, the IVR application is enhanced and developed in IBM Rational Application Development tool.
- ➢ The Code will be developed using JAVA in the RAD Integrated development environment.
- ➢ Modifying and enhancing the Java simple API's according to the requirements.
- ➢ Working on encryption of the data using the Voltage encryption.
- ➢ Executing the sql queries to make sure the data is updated, deleted, modified and encrypted using sql developer tool.
- ➢ Creating the test sample data in the Database to test the test IVR application to run the application before deploying it to the production.
- ➢ Deploying it to the CAT and send Emails to the users to test it.
- ➢ Deploying the applications to WebSphere Application test and production server.
- ➢ Installation & configuring of new WebSphere application servers as needed.
- ➢ Preparing Unit and System Testing Specification documents and performed Unit and System testing of the application.
- ➢ Based on the unit testing results will create a test summary report.

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459

> Install and configure new development software's and servers as needed.
> Responding to the Change requests made by the client.
> Involved in on call application production support.

In performing these duties, VinayKumar Swarna will be working with the following technologies\platforms:

| | |
|---|---|
| **Coding Languages** | Java,J2EE |
| **Scripting** | JSP, Java Script, HTML ,XML, CSS |
| **Frameworks** | Spring, Hibernate Struts |
| **Operating Systems** | Linux(Solaris),Unix windows |
| **CI/CD tool** | Jenkins |
| **Database** | Oracle, Ms Sql server, My Sql, JDBC |
| **Webservers** | Tomcat, WebSphere |
| **Version control tools** | SVN/GIT |

**Employer employee relationship**

> **Right to Hire and Fire: Tekway, Inc.** has the right of control over the work of the beneficiary on a day-to-day basis for which the control is required. Tekway, Inc. has the sole authority to hire or fire the beneficiary and set the rules and regulations for the beneficiary's work.

> **Right to Control: Tekway, Inc.** controls the beneficiary provides her with compensation, has the authority to assign her and is responsible for payment of his salary, administration of benefits and the payment of applicable taxes on his/her behalf.

> **Right to Supervise: Tekway, Inc.** with tax identification Fed Id# 20-3287603 will supervise the beneficiary Mr. VinayKumar Swarna. The beneficiary will report to Tekway, Inc.'s Project Manager Operations, Pavan Kumar, who will supervise the beneficiary's work and hence will maintain an employer employee relationship through the right of control.  I further confirm that our company is the employer of the beneficiary as we control, the manner and means by which the beneficiary performs services for at the end client, Verizon. Our company exercises the authority to appraise performance, promote, demote, transfer laterally, approve authorization for leave of absence or terminate the beneficiary's employment. The beneficiary will communicate on a biweekly basis with Project Manager Operations, Pavan Kumar and submit the timesheets.

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459

- ➤ **Right to assign additional duties: Tekway, Inc.** will provide with any additional training in the specific technical skills required to perform the assigned tasks and meet the market standards. Moreover, our company has the right to assign additional work to the beneficiary and/or to change the work assignment.

- ➤ **Wage and benefits (I-9s and W-2s):** We treat the beneficiary as our employee in its business and personal records, including USCIS Form I-9. We also issue the beneficiary regular paychecks and required tax reporting forms (including W-2). We offer employee benefits (such as health insurance, direct deposits, etc.) to the beneficiary. We make employer contributions and withhold and will pay employee contributions on behalf of the beneficiary for federal income tax purposes. We also solicit regular feedback from the client about the work product of the beneficiary and include feedback in regular performance evaluations for this individual.

Please note that our company is not a "United States Agent" within the meaning of 8 C.F.R. Section 214.2(h)(2)(i)(F). Our employees are guaranteed employment, are paid a salary and are provided corporate benefits. We also deduct Social Security taxes and other Federal and State taxes, and issue our employee W2 statements at the end of the year.

Should you have any questions, please do not hesitate to contact the undersigned.

Yours Sincerely,

*Pavan Kumar*

Pavan Kumar,
Project Manager, Operations
4104 Sterling Road
Downers Grove
Il-60515
Contact: (630)493-9458



**Tekway**
Paving the Way for Technology

Project Status Report of VinayKumar Swarna for the month of May2018

| S.No | Task | Status |
|---|---|---|
| May2018 Status Report | | |
| 1st week | Gathering the Business Requirements and involved in discussion with teams. | done |
| 1st week | Involved in Technical and project management Discussions | done |
| 1st week | Involved in DB design and Implementation | done |
| 2nd week | API Design document walkthrough | done |
| 2nd week | API Document current Updation | done |
| 2nd week | API Design document review and enhancement updation | done |
| 3rd week | API Design Document review 1 | done |
| 3rd week | API Design Document review 2 | done |
| 3rd week | API Design Document review 3 | done |
| 4th week | Documentation Baseline | done |
| 4th week | Integration of Development &operations | done |
| 4th week | Set up the requirements of different API's | done |

*s.vinaykumar*

Pavan Kumar
Operation Manager

Employee Signature: VinayKumar Swarna

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459



**Tekway**
Paving the Way for Technology

Project Status Report of VinayKumar Swarna for the month of June 2018

| S.No | Task | Status |
|------|------|--------|
| June 2018 Status Report | | |
| 1st week | Involved in creating the Sample test ID's | done |
| 1st week | Enhancing the API with the Enhancement requirements | done |
| 1st week | Enhancing the API to input the Sensitive data | done |
| 2nd week | Installed the encryption software on the servers | done |
| 2nd week | Loading encrypted SSN data to database | done |
| 2nd week | Deployments in both test servers | done |
| 3rd week | Monitor the logs after CAT deployment | done |
| 3rd week | Updating the code to encrypt the sensitive data | done |
| 3rd week | Deployments to the test servers | done |
| 4th week | SRGS Grammar Functionality | done |
| 4th week | creating the test Plans and validations | done |
| 4th week | Debug the test errors. | done |

*s.vinaykumar*

Pavan Kumar                           Employee Signature: VinayKumar Swarna
Operation Manager

Project Status Report of VinayKumar Swarna for the month of February 2017

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459



| S.No | Task | Status |
|------|------|--------|
| \| July 2018 Status Report |||
| 1st week | Build of Test App with Q&A | done |
| 1st week | Audio Prompt Recording | done |
| 1st week | Plugin Updated from interactions | done |
| 2nd week | Enrollment and verification Activities | done |
| 2nd week | Biometrics Platform update | done |
| 2nd week | High level Design | done |
| 3rd week | High level Design review and baseline | done |
| 3rd week | Platform Development | done |
| 3rd week | CAT Deployment | done |
| 4th week | Testing the API's and DB according to the test document | done |
| 4th week | Defect logging report | done |
| 4th week | Updating the code in version control tool | done |

*s.vinaykumar*

Employee Signature: VinayKumar Swarna

Pavan Kumar
Operation Manager

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459

38

 

## ITINERARY OF SERVICES OF MR.  VINAYKUMAR SWARNA

Beneficiary Mr. Vinaykumar Swarna is a Tekway Inc Full Time Employee. He shall be assigned to work at client location 1324 South Finley Road, Apt-1D, Lombard, IL-60148. The duration of the project is until June, 2020 with high probability of further extension(s).

**Client details:**

**Name:** AT&T

Address: 20205 North Creek Pkwy, Bothell, WA 98011.
Contact Person: Jann Kelliher
Designation: Associate Director- Technology
Phone: (360)344-6147.

**Vendor details:**

**Name:** Pinnacle Technical Resources

Address: 5501 Lyndon B Johnson Freeway, Dallas, TX 75240.
Contact Person: Rebecca Abraham
Designation: Client services lead.
Phone: (214)466-2644.

**Employer details:**

**Name:** Tekway Inc.

Address: 4104 Sterling Road, Downers Grove, IL-60515.
Contact Person: PavanKumar Nallamala
Designation: Operations Manager
Phone: (630)493-9459.

4104 Sterling Road, Downers Grove, IL-60515, Phone 630-493-9458/9459



**Tekway**
Paving the Way for Technology

Break-up of percentage and hours worked per week for each job responsibility:



| | Job Duties | Number of Hours in a week | Percentage of time |
|---|---|---|---|
| 1. | Involving in analyzing the business requirements and Functional specifications.<br>• Involved in gathering the system requirements.<br>• Interacting with the other teams about finalizing and clarifying the requirements.<br>• The system requirements will be approved and sent for the next level approvals.<br>• Participating in daily review meetings to meet the quality deliverables with in the time frame. | 4 hours | 10% |
| 2. | Designing and Implementation of Biometrics application.<br>• Based on the system requirements document the code will be enhanced to meet the requirements.<br>• The Java API's has developed, modified and enhanced.<br>• An interface is designed and developed to communicate between the Biometric applications and Voice tone.<br>• HTTPS is used for communications between the applications and Application interface. IBM HTTP 8.5 has been used for the communication.<br>• Subversion is used as source code management tool.<br>• The WebSphere servers has the software installed and can be accessed via each server or a virtual IP address. | 17 hours | 45% |

| | | | |
|---|---|---|---|
| | <ul><li>An oracle Database is connected as data source to fetch the voiceprints for authentication.</li><li>For the software development Rational Application developer 9.0(RAD) has being used.</li><li>For the Pre –production software defect management AT&T one ticketing system has been used.</li></ul> | | |
| 3. | Testing the Biometrics Application Interface:<ul><li>Based on the Design and Flow of the application testing cases has been written and implemented the testing.</li><li>Executed Sql queries to make sure the data availability and data source connection.</li><li>After running multiple test cases test report has been generated and deployed for CAT.</li></ul> | 4 hours | 10% |
| 4. | Production Support:<ul><li>Developing a roll back plan to use in case of Issues.</li><li>Coordinated the test and production deployments and resolved the issues during the deployments.</li><li>Provided the weekend supports to system upgrades and provided technical support in need of back outs.</li><li>Provided support to address the WebSphere and windows server issues.</li><li>Providing the Tier One support for the users.</li><li>Manage the users, administrators, and application/mechanized accounts in our resource and ensure the appropriate level of access according to the security policy and Requirements.</li><li>Periodically review the MOTS application associated to our resource and ensure its accuracy.</li><li>Manage the content of our resource in accordance with organization records and Information management (RIM).</li><li>Involved in on-call application production support.</li></ul> | 15 hours | 35% |

| | In Progress: | | |
|---|---|---|---|
| | <ul><li>Updating the code with the gathered requirement to enhance the VBIO application.</li><li>Testing on the Biometrics system using the raw data.</li><li>Enhancing the Finger Biometrics application for faster response.</li></ul>In Planning:<ul><li>Enhancing the application with new voice engine and updating the voice biometrics according the new Engine.</li><li>Update the Database with the New Voice Samples.</li><li>Updating the FBIO code with the new requirements and configuring new servers, and deploying the application on them.</li><li>Migrating both FBIO and VBIO applications to New web servers with high configuration.</li></ul> | | |

Yours's sincerely,

X _____

Employee Name

X _____

Employer Name



# PINNACLE GROUP
## WORKFORCE SOLUTIONS PROVIDER

March 13, 2018

To Whom It May Concern:

Pinnacle Technical Resources, Inc. is utilizing the services of Vinay K Swarna, through a contractual relationship with his employer, Tekway, Inc. Vinay K Swarna is providing application development consulting services to our client, AT&T. The work is being performed at the client site.  Vinay K Swarna will be engaged with appropriate experience and educational background.

A signed "Master Consulting Services Agreement" between Pinnacle Technical Resources, Inc. and AT&T cannot be provided because of the "Confidentiality and Non-disclosure Information" section of the Agreement.  However, we, Pinnacle, do substantiate that our Agreement with our client is long term.  Vinay K Swarna will continue to provide the services on a long term, ongoing basis to our client with an option to extend, at their worksite.

During this contract and <u>at all times</u>, Pinnacle and AT&T are not responsible for Vinay K Swarna's employment, salary, benefits, and training needed to perform his job duties at our client site.  All day-to-day activities will be controlled by his employer, Tekway, Inc., along with any discretionary decision making, such has hiring and firing and performance evaluations.

Should you have any questions, please feel free to contact Pinnacle directly.

Sincerely,

Todd Green, SPHR
Supply Chain Manager



Shirley Delia
Supplier Liaison
Human Resources
1 AT&T Way
Bedminster, NJ 07921
908-234-3681

March 12, 2018

To Whom It May Concern:

Vinay Kumar Swarna has been assigned by their employer to perform services for AT&T at its facilities located at 1324 South Finley Road, Apt-1D, Lombard, IL 60148 pursuant to a contract between AT&T Services Inc., and Pinnacle Technical Resources.

Vinay Kumar Swarna provides services by arrangements between the employer of Vinay Kumar Swarna, Tekway, Inc., and Pinnacle Technical Resources.

The terms and conditions of the contract between AT&T Services, Inc., and Pinnacle are confidential. Vinay Kumar Swarna is currently scheduled to provide services to AT&T through December 27, 2019, with a possibility of extension in accordance with the terms of the applicable contract(s).

Vinay Kumar Swarna's responsibilities include, but are not limited to:

- Participates in the review and definition of functional areas, processes and procedures regarding requirements, organization and flow of data, methods and forms.
- Provides problem resolution; Communicates and recommends complex business process, procedures and diverse information to resolve customer issues.
- Provides systems and programming support to functional areas.
- Provides knowledge transfer and supports users on installed software.

Vinay Kumar Swarna's employer, Tekway, Inc., not AT&T Services or its affiliates, provides them with compensation, has the authority to assign them to perform services for one or another of its customers, has control of its employees and is responsible for payment of salaries, administration of benefits and payment of taxes on behalf of its employees for the duration of their employment with it.

Should you have any questions, please feel free to contact me.

Sincerely,

*Shirley Delia*

Shirley Delia



# TEKWAY INC

ORGANIZATIONAL CHART

PH: 630-493-9458
WWW.TEKWAYINC.COM

**ROHINI VEERAMACHANENI**
PRESIDENT

**PAVAN KUMAR**
PROJECT MANGER, OPERATIONS

| **DEVI BELLAM**<br>SR JAVA DEVELOPER | **SAI SAGAR DUNDIGALA**<br>INFRASTRUCTURE ENGINEER | **TEJASRIRAM MALLIPEDDI**<br>INFRASTRUCTURE ENGINEER | **VENKATA MARUTHI MANOJ GONTLA**<br>SR SOFTWARE SYSTEMS ENGINEER |

| **GOPI POTLA**<br>INFRASTRUCTURE ANALYST | **KRUTHIKA AGARWAL**<br>SALES FORCE ENGINEER | **BINTU VEERAMACHINENI**<br>INFRASTRUCTURE ANALYST | **SANDEEP DAVULURI**<br>INFRASTRUCTURE ANALYST |

| **MANOJ KUMAR KODURU**<br>SR. JAVA DEVELOPER | **STEVENSON SUNCHU**<br>SR. JAVA DEVELOPER | **ABHINAV KOTA**<br>SR. JAVA DEVELOPER | **HARIKA ADUSUMALLI**<br>SR. JAVA DEVELOPER |

| **JAGADEESH BALUSU**<br>SOFTWARE DEVELOPER / PROGRAMMER ANALYST | **SAI KISHEN THENTU**<br>SR. JAVA DEVELOPER | **VISHAL BURRA**<br>SOFTWARE DEVELOPER / PROGRAMMER ANALYST | **DEEPTHISHA JALLI**<br>SOFTWARE DEVELOPER / PROGRAMMER ANALYST |

| **JASWANTH POTHINENI**<br>SR. JAVA DEVELOPER | **SRIKANTH NADIPALLI**<br>AUTOMATION ENGINEER | **DEEPTHI GANDRA**<br>PROGRAMMER ANALYST | **VINAY SWARNA**<br>SOFTWARE DEVELOPER / PROGRAMMER ANALYST |

# TEKWAY INC

ORGANIZATIONAL CHART

PH: 630-493-9458
WWW.TEKWAYINC.COM



**CHAKRADHAR MADALA**
ORACLE DEVELOPER

**LAKSHMI SUNANDA ALLURI**
ORACLE DEVELOPER

**SRAVYA KANDUKURI**
ORACLE DEVELOPER

**PAVAN KUMAR VEERAVALLI**
ORACLE DEVELOPER

**KRISHNA SANDEEP CHANDURI**
ORACLE DEVELOPER