**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TEKWAY, INC., an Illinois corporation,**<br>**4104 Sterling Road**<br>**Downers Grove, IL 60515**<br><br>  Plaintiffs,<br><br>         vs.<br><br>**UNITED STATES CITIZENSHIP AND**<br>**IMMIGRATION SERVICES,**<br>**20 Massachusetts Ave NW,**<br>**Washington DC 20529**<br><br><br><br>                    **Defendant.** | Case No. 19-cv-00348-BAH<br><br>**VOLUNTARY DISMISSAL** |

1

To the Clerk:

TAKE NOTICE:

This action is dismissed by the Plaintiff in its entirety. The dismissal is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 25th day of August, 2019

/s/Michael E. Piston
Michael E. Piston
Attorney for Plaintiffs
225 Broadway, Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com